UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY LEE SEYMOUR,**

      **Plaintiff,**

**v.**                                   **Case No.  5:20-cv-214-TKW-MJF**

**MARK S. INCH,**

      **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 26).  No objections were filed even though the Court gave Plaintiff additional time to do so.  *See* Doc. 30.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff failed to establish a substantial likelihood that he will suffer irreparable injury if a preliminary injunction is not entered.  Accordingly, it is

      **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Plaintiff's motion for a preliminary injunction (Doc. 6) is **DENIED**.

    3.    This case is recommitted to the magistrate judge for further pretrial proceedings.

**DONE and ORDERED** this 1st day of October, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**