In the United States District Court
Northern District of Florida
Panama City Division

RECEIVED NWFRC
DEC 20 2021
INMATE INITIALS  GLS

Gary L. Seymour,
   Plaintiff,

V.

Case No: 5:20-cv-214-TKW/MJF

Ricky D. Dixon,
   Defendant,
_____/

## Declaration of Gary L. Seymour

I, Gary L. Seymour ("Seymour"), pursuant to 28 U.S.C § 1746, make this declaration under penalty of perjury, and declare that the statements made herein are true to my knowledge and belief and state the following:

1.) I am paraplegic due to a severe spinal cord injury which has left me wheelchair bound and bowel incontinent. Due to my incontinence requires me to wear pediatric diapers this also includes my small size.

2.) Since being in the custody of the Florida Department of Corrections ("FDC"), I have been sent to various prisons and have been provided pediatric diapers at all of them. I am also frequently sent to an outside hospital for care and am provided pediatric diapers (Huggies or pampers) for my incontence and small size.

FILED USDC FLND PN
DEC 22 '21 PM 1:24 GM

3.) I was recently weighed 91.0 lbs. and measured 19" waist. I am still being denied the pediatric diapers I need and are still being provided size small waist 22"-36" which is to large, as I am smaller than the minimum size for this size.

4.) I am providing a pass that was issued by a A. Rachard, APRN, MSN for pediatric diapers (pampers, Huggies, Luvs) to which I was never provided and are still not being provided (Ex. A)

5.) The size small I am currently getting cannot be made any tighter as I'm being told by medical and they are leaking fecal matter so bad, I might as well not wear any diaper. Due to the foul odor and mess I have been in several verbal altercations with fellow inmates.

6.) The medical staff have stated that they will not order anything smaller due to nothing smaller being in there formulary. I also have been told they will not order pediatric diapers absent a court order no matter if size and situation dictates the need.

7.) I am being fed through my feeding tube due to my inability to swallow. This makes the fecal matter liquid and makes leakage more likely. The pediatric diapers I'm seeking fit properly and do not leak, and are in fact cheaper as you can get 120 pampers cruisers size 6 for $40.00 at Sams Club.

8.) The fact that the staff and state seem to think there is ill intention for my request for pediatric diapers is misplaced. Had there been any ill intention for having pediatric diapers (Huggies or Pampers) it would have been noted by all the prisons and hospitals that have provided them. No such notations are found in my medical file.

9.) The only reason the medical staff is denying the pediatric diapers requested is my legal convictions instead of medical need.

10.) I am also attaching a medical notation from a Ms. Davis, C. ARNP where she ordered "Diapers Huggies/Pampers/Luvs size 3-6, (EX: B).

(P.2)

11.) The foregoing facts are known by me to be true and correct based upon personal knowlege. I am over the age of 18, am competent to testify to such facts, and would testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_Gary L. Seymour_    12/17/21
Gary L. Seymour      Date
Declarant

(P.3)

EXHIBIT: (A)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

☐ Bed rest lay-in       From_____ To_____
☐ Low/bottom bunk       From_____ To_____
☐ No shave              From_____ To_____
☐ Restricted activity   From_____ To_____
☐ Restrictions:_____
   _____
   _____

☑ Other:               From 01·08·20 To 01·08·21
bilateral hearing aids
pediatric diapers (pampers huggies ___)

Inmate  Seymour Gary          Authorized
DC# T77153    R/S W/M   by: _____
Date of Birth 07·28·1980     (Initial & Name Stamp)
Institution       125         Date: _____

                              A. Rackard
                              MSN, APRN, P-C
                              NWFRC

**Health Slip/Pass**
**DC4-701D (2/96)**    White/Medical  Yellow/Security  Pink/Inmate

(P.5)

EXHIBIT : (B)

(P. 6)

ALLERGIES: Penicillin, Codeine, Latex, Demerol, Tigan, Toradol, Zopran, Reglan, Motrin, IVP Dye, Vancomycin, Clindamycin, Barium, Iodine, Compazine, TB serum

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**DATE/TIME** — NORTHWEST FLORIDA RECEPTION CENTER

2-19-15 — **CHO/CA CLINIC**

0815

Wt Unable  97.8  P 71  Fu: Eval Colostomy site
R 20   129/71

Hx: prostate removed, bladder repaired
3/4 stomach
3/4 colon
20 ft of bowel
Hx: bowel perforation & obstruction
Ileo conduit
Hx: spine paralysis
w/c

- Diapers - Huggies/Pampers/Luvs size 5-6
- Requests 4000 cal diet x 90d - done
- Requests special spoon - build up spoon - (R) hand - need to order.
- Pass x 1 yr for wipes, underpads, w/c, w/c cushion, extra mattress, low bunk, no rec
- Request to shower anytime - denied
- Request for multi podus boots - denied - Dm Ø ambulate.
- Schedule monthly sq port flushes to (R) side of chest (onc)
- Need to order urostomy supplies - 45mm 1 3/4 inch wafers + bags c valve
- Rx for muscle rub - see POS faxed
- Need to fill Dilantin Rx - current tryph.
- appt 2/23/15 needs to be for NC - & F/U appt. (onc)
- aat - after restarting Dilantin - draw level in 4 wks, repeat UA after new bag is placed. (onc)
- Forward chart to Ms. Crouse for ordering supplies. — C. Davis ARNP NWFRC

Will order underpads, issue good fitting until ordered to personal order.

Seymour, Gary
T77153 W/M
07/28/1980

Sex _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

(P.7)

Nitro stat 0.4
combivent
Ferrous Sulfate
Kepra 500 B.i.d.

Legal Mail

Cory L. Seymour, Doc # 177153
NWFRC-main unit
155 Sam Mitchell Drive
Chipley, FL 32428

Clerk of Court
U.S. District Court
1 North Palafox Street
Pensacola, FL 32502

Mailed From A State
Correctional
Institution

RECEIVED DEC 22 2020

UNITED STATES POSTAGE
$000.00°
02 1P
0000932279
MAILED FROM ZIP CODE 32428
DEC 21 2021