UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY LEE SEYMOUR,**

    **Plaintiff,**

v.                                  Case No.  5:20-cv-214-TKW-MJF

**RICKY D. DIXON,**

    **Defendant.**

_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 35).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the complaint states a plausible claim for disability discrimination under the Americans with Disabilities Act and the Rehabilitation Act against Defendant in his official capacity.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 22) is **DENIED**.

3. This case is recommitted to the magistrate judge for further pretrial proceedings.

**DONE and ORDERED** this 30th day of December, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**