Northern District of Florida
Panama City Division

RECEIVED
NWFRC

JAN 0 5 2022

INMATE INITIALS GLS

Gary L. Seymour,
        Plaintiff,

        V.

Ricky D. Dixon,
        Defendant,
_____/

case No: 5:20-cv-214-TKW-MJF

Declaration of Gary L. Seymour

I, Gary L. Seymour, pursuant to 28 u.s.c § 1746, make this declaration under penalty of perjury, declare that the statements made below are true;

1.) My name is Gary L. Seymour, Doc #777153, and I am currently incarcerated in the Florida Department of Corrections ("FDC") and have been since 2014. I am paraplegic, Bowel incontinent with a host of other serious illnesses.

2.) I am continually being denied access to the law library and have been threatened with confinement due to the foul oder coming from the ill fitting adult diapers. The law library states they will not allow me to go there untill I get diapers that dont leak and quote " Dont Smell".

3.) With the law library denying me the ability to research or even to make copies, it is going to be impossible to properly plead this action.

4.) I am despartly requesting this court for an order to temporarly force "FDC" to provide the pediatric diapers I require, so I can have a fair opportunity to fight this action.

(p.1)

5.) I am also being forced not to eat in the chow hall due to the leakage of fecal matter and odor.

6.) I have also been told that I was not welcome in the chapel until such a time as I can get "The medical situation under control" speaking about leakage and odor.

7.) This is getting bad and it seems so stupid to have to sue over diapers. I am not willing to go to confinement over ~~diapers~~ (Huggies, Luvs, pampers) pediatric diapers that can be easily obtained.

8.) I have been told several times by staff that "without a cart order your not going to get anything smaller." I then asked how we are going to deal with the leakage problem and was told "we don't care, your problem. But if you don't find a way to fix it, your going to confinement."

9.) I am unable to fix it because I can't just go to the store and buy what I need.

10.) This is a desperate plead for help, this situation is unsanitary, Humiliating, and Degradging. This should be classified as abuse.

11.) The foregoing facts are known by me to be true and correct based upon my knowlege and belief, I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.


Gary L. Seymour
Declarant

01/ 03 /2022
Date

(p.3)



Gary Seymour, Doc# 177153
No Title-Main unit  / F.G LU0
4455 Sam Mitchell Drive
Copley, FL. 32428

LEGAL MAIL

Mailed From A State
Correctional
Institution

Clerk of Court
United States District Court
1 North Palafox Street
Pensacola, FL. 32502

UNITED STATES POSTAGE
FOREVER / USA
02 1P
0000932279
MAILED FROM ZIP CODE 32428
$ 000.00⁰
JAN 06 2022