Northern District of Florida
Panama City Division

Gary L. Seymour,
      Plaintiff,

v.                                            Case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
      Defendant,
_____/

## Declaration of Gary L. Seymour

I, Gary L. Seymour, pursuant to 28 U.S.C §1746, make this declaration under penalty of perjury, declare that the statements made below are true and state the following:

1.) My name is Gary L. Seymour, DC#T77153, (herein after "Seymour") am an inmate house at NWFRC-main unit in E-1.

2.) I have acquired (6) Declarations and can get at least (50) more relating to the issues at hand. See Exhibits: A-F

3.) I am requesting this honorable court to issue an order to be provided with the pediatric diapers I desperately need.

4.) I am tired of these small briefs always leaking and being dirty and not being able to go to the law library, chapel or even the chow hall without being humiliated, and degraded.

5.) It is not my fault FDC refusals to provide me with pediatric diapers.

6.) All I am requesting is to be provided with the pediatric diapers I need for the remainder of my incarcerated.

7.) I have recently had sores caused by the ill fitting diapers. My current weight is 91 lbs.

8.) Please, help me to maintain good health and hygene by forcing FDC to provide the diapers I need.

9.) I have friends and family buy and send the pediatric diapers (Huggies, pampers) I need. FDC refuses to allow me have them without a "Court Order".

10.) The foregoing facts are known by me to be true and correct based upon my intimate knowlege and belief. I am over 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_Gary B. Seymour_
Gary L. Seymour
Declarant

Date: 1-9-22

