Northern District of Florida
Panama City Division

Ex: A

Gary L. Seymour,
   Plaintiff,

v.                                          Case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
   Defendant,
_____/

## Declaration of Timothy Edwards

I, Timothy Edwards, pursuant to 28 U.S.C §1746, make this declaration under penalty of perjury, declare that the statements made below are true and state the following:

1.) My name is Timothy Edwards, DC# P59971, am an inmate housed at NWFRC-Main unit with Gary L. Seymour ("Seymour") in E-1.

2.) I have direct knowlege of Seymour(s) issues with the diapers he is getting are to large for him as he is very small. These diapers leak stool all over his bed and clothes. I am aware of these things as I assist Seymour daily. The mess and smell is bad, he misses chow alot and have been told to leave the law library.

4.) I push Seymour (as he is wheelchair bound) to all call-outs and have heard medical staff state to Seymour, when he asks for pediatric diapers. He is told "we don't care, Seymour is not getting anything smaller, get a court order". I took him to the chapel and we were asked to leave and for Seymour not to return until he gets the leakage to stop, the law library did the same thing.

5.) Seymour has been told to leave the chow hall due to the leakage of his diapers. The officers have threatened to put him in confinement because of the leakage and smell.

6.) I change Seymour's bedding and clothes and the small diapers he is getting always leak. I have personally seen Seymour with a Pampers cruiser size 6 on after one of his many hospital visits and it fit him well and did not leak at all.

7.) I took Seymour to a medical appointment where I seen them weigh and measure him. He weighed 94 lbs. and was 18" inches at the waist, hips were 20" inches. I often witness Seymour being very upset allot because of the leakage and it has to be humiliating for him. The other inmates pick on him and have gone so far as to threaten physical harm.

8.) Seymour needs help getting what he needs, I hope this honorable court will help him. This is wrong for Seymour to have to sue to get the pediatric diapers he needs, when there so easily obtained and cheaper then the small diapers he is presently getting.

9.) The foregoing facts are known by me to be true and correct based upon my personal knowledge and belief. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_____
Edwards, Timothy
Timothy Edwards
Declarant

Date: 1-9-22

United States District Court
Northern District of Florida
Panama City Division

EX: B

Gary L. Seymour,
    Plaintiff,

V.

Case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
    Defendant,

## Declaration of John Place

I, John Place, pursuant to 28 U.S.C § 1746, make this declaration under penalty of perjury, declare that the statements made below are true and state the following;

1.) My name is John Place, DC# N61095, am an inmate housed at NWFRC-main unit with Gary Seymour in E-1.

2.) I have seen Seymour's bed and clothes being full of stool 'cause the diapers medical gives him are too big. Seymour is very small in his lower half because he is paralyzed and in a wheelchair.

3.) I have seen Seymour get told to leave the law library and chow hall numerous times because his diapers leak. I seen Seymour with some pampers cruisers and when he had these, there was no leakage or foul smell.

4.) Seymour is always being told he is going to confinement if he doesn't do something about the leakage and smell. He can't help it as the staff refuse to give him the diapers he needs.

5.) The staff and other inmates are always picking on him about the diaper leakage and smell. I know it has to be very humiliating and degrading for him.

6.) Seymour probably weighs around 95 lbs. Soak and wet and the pampers he had fit him well because there was no smell. He also didn't have to change his bedding or clothes so often.

7.) It's pretty messed up that someone like Seymour has to go through all of this just to get a pack of pediatric diapers (pampers) you can get at Wal-mart. Please, help Seymour he needs and deserves to be treated like a human.

8.) The facts are known by me to be true and correct based upon personal knowledge and belief. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_John Place_

_John Place_
Declarant

Date: 1-9-22

United States District Court
Northern District of Florida
Panama City Division

EX: C

Craig L. Seymour,
   Plaintiff,

V.

Case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
   Defendant,
_____/

## Declaration of Ronald Adams

I, Ronald Adams, pursuant to 28 U.S.C. §1746, make this declaration under penalty of perjury, declare that the statements made below are true and state the following:

1.) My name is Ronald Adams, DC# 782509, am an inmate housed at NWFRC-main unit with Craig L. Seymour in E-1.

2.) I have seen Seymour having to change his bedding and clothes because his diapers are too big for him. The briefs he is getting are size small. I remember him having either Huggies or pampers and he never had leakage or a bad odor.

3.) Mr. Seymour is very small, maybe 96 lbs. and paralyzed, I have heard the staff humiliate and degrade him. The size small are too big and I've personally heard him ask for smaller diapers to be told "your not getting anything smaller, so deal with it."

4.) I was at the law library not too long ago and seen Seymour being told to leave and not come back. I then heard the unknown officer tell Seymour to go change his "diapie and clothes". This was in front of at least 30+ people.

upon my personal knowledge and beliefs. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_Ronald Adams_
Ronald Adams
Declarant

Date: 1-9-22

United States District Court
Northern District of Florida
Panama City Division

EX: D

Gary L. Seymour,
    Plaintiff,

v.                                            Case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
    Defendant,

## Declaration of Anthony Raymond

I, Anthony Raymond, pursuant to 28 U.S.C. §1746, make this declaration under penalty of perjury, declare that the statements made below are true and state the following;

1.) My name is Anthony Raymond, DC#512402, am an inmate housed at NWFRC main unit with Gary L. Seymour in E-1.

2.) Seymour is very small and the diapers medical give him leak all over his bed and clothes. I know Seymour has been told he cannot go to the chapel or even the chow hall because his diapers leak.

3.) I have seen Seymour with some Huggies before and they seem to fit 'cause they didn't leak. Seymour has tryed so hard to get what he needs.

4.) I have heard the nurses tell him that the leakage is not thier problem, that he just has to deal with it. Also, was told if he didn't like the way he was being treated don't come to prison.

5.) I have also seen Seymour be Humiliated in front of all of us by medical staff.

6.) I have also seen security staff yell and even threaten Seymour when he tryed to go to the restroom to change his clothes and leaky diaper.

7.) Seymour really is one of the needy ones because he is so sick and small. I hope this court will help him.

8.) The foregoing facts are known to me to be true and correct based upon personal knowledge and belief. I am over 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

Anthony Raymond
X Tony Raymond
Declarant

Date: 1-9-22

United States District Court
Northern District of Florida
Panama City Division

Ex. E

Gary L. Seymour,
  Plaintiff,

v.

Case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
  Defendant,

## Declaration of William Aron

I, William Aron, pursuant to 28 U.S.C § 1746, make this declaration under penalty of perjury, declare that the statements made below are true and state the following:

1.) My name is William Aron, DC#S12757, am an inmate housed at NWFRC-main unit with Gary L. Seymour in E-1.

2.) I have seen Seymour changing bed, clothes and the small briefs, the small briefs are to large and have leaked fecal matter everywhere. He ~~tries so hard to stay clean~~

3.) Seymour has repeatedly asked for smaller diapers to be told "go get a court order, 'cause otherwise you just have to deal with it."

4.) I have heard Seymour tell nurses that he has sores do to the diapers leaking. When the diapers leak they cause quite a mess and a foul oder.

5.) Seymour is so embarrassed by the diapers leaking he is fearful of leaving the dorm. He is always worried about the ill fitting adult diapers leaking.

6.) I have had to help Seymour when the diapers leak to get clean and clean his bed and wheelchair.

7.) Seymour is very small in the lower half of his body, this size is probably that of a 10 or 11 year old child. I believe he is around 90 something pounds can't be much more.

8.) I hope this honorable court will help Seymour get the pediatric diapers he needs.

9.) The foregoing facts are known by me to be true and correct based upon my personal knowledge and belief. I am over 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

*William A. Aron*
William Aron
Declarant

Date: 1-9-22

Northern District of Florida
Panama City Division

Ex. F

Gary L. Seymour,
    Plaintiff,

v.

Case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
    Defendant,
_____/

## Declaration of Richard Person

I, Richard Person, pursuant to 28 U.S.C § 1746, make this declaration under penalty of perjury, declare that the statements made below are true and state the following:

1.) My name is Richard Person, DC# J39747, am an inmate housed at NWFRC-Main unit with Gary L. Seymour in E-1.

2.) I have seen the leakage on Seymour's bed and clothes, I am bunked right next to Seymour. The small briefs he is getting from medical are far to large for him, Seymour is very small and in a wheelchair.

3.) I have seen Seymour with some Huggies he brought with him and at that time he had no leakage or smell. The staff took his Huggies and gave him the small briefs and within about an hour he had stool all over his bed and clothes.

4.) I have heard the staff in the chow hall scream at Seymour calling him names and just humiliating him in front of everyone. Seymour was told to leave and not come back with "leaky diapers."

5.) I have also seen him (Seymour) be told to leave the law library and not return do to his diapers leaking and awful smell. Then I went to the chapel and seen Seymour being kicked out and told "don't come back 'till you get that fixed."

6.) The staff and other inmates are always making fun of him and subjecting him to humiliation and other degrading treatment.

7.) Seymour really needs the help of this Honorable Court to receive the pediatric diapers he needs (pampers, Huggies, etc.). I do believe the "extra small" or even youth size would probably be to big as well. Seymour must weigh about 95 lbs. he wears cloths so small and they look to be to big on him.

8.) The foregoing facts are known by me to be true and correct based upon my personal knowlege and belief. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_Richard Person_
Richard Person
Declarant

Date: 1-9-22