## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

GARY LEE SEYMOUR,

     Plaintiff,

v.                             CASE NO.: 5:20-cv-214-TKW-MJF

MARK S. INCH, SECRETARY OF
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Defendant.

_____/

## DECLARATION OF KELLIE CASWELL, RN, BSN

     I, **Kellie Caswell,** pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury, declare that the statements made below are true and state:

     1.     My name is Kellie Caswell, and I am employed by the Florida Department of Corrections ("FDC") as a Legal Nurse Consultant for the Office of Health Services. I have been a Registered Nurse since 2000 and obtained my Bachelor of Science in Nursing degree in 1999. I have been the Legal Nurse Consultant for the FDC since October 2019. Prior to that I was a Registered Nurse Consultant for the Department of Financial Services, a Registered Nurse Consultant with the Agency for Health Care Administration and have worked in the private sector.

     2.     As part of my regular duties I am an employee familiar with the manner and process in which inmate medical records are created and maintained by virtue of my duties and responsibilities.

     3.     I was asked by the Office of the Attorney General to review the Plaintiff's, Gary Lee Seymour DC# T77153 medical records maintained and kept by FDC.

     4.     These medical documents were made at or near the time of the occurrences of the matters set forth by, or from information transmitted by, people with knowledge of those matters.

     5.     Mr. Seymour has a pass for a permanent wheelchair. Mr. Seymour has been diagnosed as paraplegic. Paraplegia is when there is paralysis of the lower extremities (unable to move) typically due to spinal injury or disease.



DEFENDANT'S
EXHIBIT
*A*

6.    The medical records document that Mr. Seymour is incontinent of feces and has an ileal conduit which diverts urine into a bag/pouch. Mr. Seymour currently has a pass/order to issue him one (1) package of small diapers per week. This order was written on 01/28/2022.

7.    Medical records document that Mr. Seymour hoarded diapers and supplies, including some Huggies diapers. On September 17, 2014, the ARNP documented "he is clearly not using them on a daily basis". According to the weight range on a Huggies package, a Size 6 pediatric diaper generally has a weight range of approximately 35 lbs. and a Size 5 has a weight range of 27 pounds.

8.    On March 8, 2015, Mr. Seymour was measured due to his requests for Mickey Mouse diapers. His waist was 28.25". When Mr. Seymour requested the diapers, he was not wearing any brief, diaper, or underwear according to the documentation. Mr. Seymour was offered the smallest brief (waist size 20" to 32") but Mr. Seymour refused. Mr. Seymour returned to the supply window on March 22, 2015, asking for pediatric diapers. It was requested that he obtain a medical pass and return for his supplies. The documentation states that Mr. Seymour never returned with a pass. Mr. Seymour was measured on January 21, 2016, his waist was 29". According to the Inpatient History and Physical completed on June 2, 2021, Mr. Seymour weighed 116 pounds and is 5'10". His waist was measured again on 05/09/2022 and was 25". Mr. Seymour was weighed most recently on 06/09/2022 and weighed 123 pounds.

9.    According to the medical records I received and reviewed, there is not a documented medical reason for Mr. Seymour to need pediatric diapers. According to Mr. Seymour's last weight and measurement, the small brief that he has available should fit his frame appropriately. Mr. Seymour was seen in sick call on 06/08/2022 and the practitioner documented that the diaper he was wearing fit appropriately.

10.    In his federal civil rights complaint. Mr. Seymour alleged that he is required to have pediatric diapers to avoid periodic recurring open sores by ill-fitting adult diapers. In the medical records that I received and reviewed it was documented many times that Mr. Seymour was able to change positions and turn himself (this is done when in bed or in a chair to avoid ulcers due to pressure) and he had multiple wound assessments where no wounds were documented. On February 19, 2021, Mr. Seymour did have a Stage 2 sacral wound. A Stage 2 wound (pressure ulcer) is typically superficial and presents as an abrasion or blister. At that time, Mr. Seymour was admitted to RMC for other reasons There were additional wound assessments completed after this date, and no wounds were present. Mr. Seymour's skin is ordered to be checked monthly. His last skin check was on 06/02/2022 where there was no documentation of skin redness or breakdown. His Braden scale was 16 which indicates he is at mild risk for skin breakdown.

11.    The foregoing facts are known by me to be true and correct based upon my review of the record. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein

2

are true and correct.

_Kellie Caswell, RN, BSN_                                     6/16/2022
**KELLIE CASWELL, RN, BSN**                              **Date**
**Declarant**