Review of Medical Records Pertaining to DC# T77153

Work Product

| Date of Medical Record | Medical note type | Page in Medical Records | Entry summary | Notes |
|---|---|---|---|---|
| | | | Medical Grade 2 Mental Health Grade 1 Work Grade 3 Transportation Grade 3 Current Passes: Permanent WC, Reduced activity-spec. res low tier, Ostomy bag, Foam boots, Roho cushion, gloves, heel protectors, Liquid diet, WC cushion, soft foam boots, no outside work, Puree diet, Mechanical Dental Diet, Lg and Small Wedge     Impairment grade: P3H1E1 (HSB 15.03.13) | |
| | | | DOB [redacted]   Age: 41 | |
| | Problem List | 4, 5,6(64) | Prostate cancer, TBI, MI x 2, PE (2002), CVA(2004), esophageal stricture, infected port, neck. Paraplegia, HTN, CAD, dyslipidemia, seizure Hx, hearing loss, COPD. Epilepsy, Ileostomy, Strabismus Lt eye. Infusaport, Pacemaker (removed), Hx of hoarding diapers and wipes for hoarding them. | |
| 6/9/2022 | Weight log | EMR | Weight: 123 pounds | Weighed every Monday |
| 6/8/2022 | Sick Call | EMR | Pt seen in sick call asking about the status of pediatric diapers request. Arrives sitting upright in w/c, wearing extra small youth diaper with a homemade cover. Not currently soiled. Informed patient per note 05/19/2022 that youth extra small diapers were appropriate size and that pediatric diapers have not been approved. Pt is not happy with this information and starts speaking about law suits.  Sick call prn. | |
| 6/2/2022 | Chronological Record of Health Care | EMR | Mobility Impaired Inmate Monthly Skin Assessment : Both elbows examined for redness and/or skin breakdown- no redness. Buttock area skin examined, No redness, Braden Scale- 16 Note: Monthly skin assessment completed, no issues at this time. He states his diapers don't fit and they are too small. | Braden scale: A scale developed to predict pressure sores based on 6 risk factors. 16 is mild risk |
| 5/30/2022 | Infirmary forms | EMR | Weight 126 | |

DEFENDANT'S EXHIBIT B

Review of Medical Records Pertaining to DC# T77153

Work Product

| Date | Type | Source | Notes | |
|---|---|---|---|---|
| 5/19/2022 | Chronological Record of Health Care | EMR | CC: Leakage of diapers Impression: No leakage from diapers noted at exam. PEG in place. Measured patient with diapers and found to be adequate. Advised patient the correct way to place diapers. | |
| 5/9/2022 | Chronological Record of Health Care | EMR | Weight and measurements completed, Note inmate was NPO x 3 days waiting for trip to RMC to change g-tube Weight: 125, Waist 25 inches, Hips: 33 inches | |
| 5/2/2022 | Chronological Record of Health Care | EMR | Mobility Impaired Inmate Monthly Skin Assessment: Both elbows examined: No redness, No redness to lower back, buttocks or hips. Braden scale: 19 | |
| 4/20/2022 | Chronological Record of Health Care | EMR | Mobility Impaired Inmate Monthly Skin Assessment: Both elbows examined: No redness, No redness to lower back, buttocks or hips. Braden scale: 19 | Weight 135 |
| 4/18/2022 | Chronological Record of Health Care | EMR | Measurements of waist and thigh: Waist 25 inches, Thighs 14 inches | |
| 4/5/2022 | Sick Call | EMR | CC: I have a broken wc and I need extra small diapers. Pt was recently measured for small adult diapers that is available and diapers were ordered prior. Diapers were measures and seem appropriate for his size. Can speak with ADA cooridnator regarding repair of wheelchair. | |
| 3/29/2022 | Chronological Record of Health Care | EMR | Current weight: 135. Notified by nursing staff that patient was refusing to be weighed and measured. The patient agreed to being weighed and measured. Hips measure 31 inches. It is noted that patient is not wearing a diaper at this time and has on boxers. Pt. states he has never been that big. Assisted back to wc and escorted back to confinement via security. | |
| 3/28/2022 | Chronological Record of Health Care | EMR | Mobility Impaired Inmate Monthly Skin Assessment Checklist: Both elbows examined for reddness and/or skin breakdown. No redness. Braden score- 18 | |
| 3/23/2022 | Chronological Record of Health Care | EMR | Nursing Observation: Upon rounds/med pass in confinement, pt observed to be not wearing ordered diapers/briefs. Pt states, " I wear them when I want to" | |
| 2/7/2022 | Chronological Record of Health Care | EMR | Sick call: Evaluated patient for issuance extra small diapers. Case discussed with RMD and allowed the discrecion of the nurse and provider to determine the need for diapers. Provider determined patient would benefit from extra small diapers to prevent leakage of bowel. | |

Review of Medical Records Pertaining to DC# T77153
Work Product

| Date | Document | EMR | Notes | Comments |
|---|---|---|---|---|
| 1/28/2022 | Orders | EMR | Most recent order for briefs: 1 pack small diapers/week, 1 pack wipes/week | |
| 12/2/2021 | Chronological Record of Health Care | EMR | Measurements taken of inmates lower abdomen and upper thigh. Measurement at belly button is 26 inches, hips 27.5 inches, upper thigh 18.25 inches. | EMR live 12/01/2021 |
| 6/2/2021 | Inpatient H&P | 1(1) | Ht 5'10" Wt: 116 lbs. Abdomen: PEG, urostomy Neuro: A&O x 3, Impression: Esophageal stricture. | Would have to have hard copy records for 6 months to review. |
| 5/7/2021 | Wound Evaluation and Treatment Record | 37(64) | No wounds | |
| 4/7/2021 | Wound Evaluation and Treatment Record | 51(173) | No wounds | |
| 3/29/2021 | Wound Evaluation and Treatment Record | 114(173) | No wounds | |
| 2/22/2021 | Report of Hospitalization Care | 17(64) | Discharge dx: esophageal stricture, dysphagia, hx of DVT, seizure, hx of traumatic brain injury, VP shunt, CAD, AICD. Admitted for G tube placement, tested positive for COVID. Once taken to quarantine, pt did not allow the procedure. Transferred back to RMC. Stable. | |
| 2/20/2021 | Doctor's Progress notes | 11(64) | *Only adding new information not in yesterday's note:* Seen at bedside. Denies fever, chills, nausea and vomiting. O: 88/54-98.0-75-17-97%, Alert and awake, oriented x 3. A/P: Pending PEG placement if patient agrees, refused at MHJ, Hypotension (IV fluids), COVID 19 syndrome ( positive many times but asymptomatic all the time) Continue Lovenox. Pt is educated on medical compliance. | |
| 2/19/2021 | Admission History and Physical at RMC | 8,9 (64) | Returns from MHJ? For antibiotics and TPN, Wt: 91 T: 98.3-98-17-100/70 General appearance: NAD, chronically ill appearing. Poor turgor. VP shunt, PERRLA, neck supple, Chest: CTAB, RRR, AICD, Abdomen soft, A&O x 3 Assessment and Dx: Staph Aureus bacteremia, ABX x 10 days, TPN until general surgery follow up. ? Admit to RMC, continue IV abx, consult for infectious disease. | Hard to Read; Weight 91lbs. |

Review of Medical Records Pertaining to DC# T77153
Work Product

| Date | Document | Page | Notes | |
|---|---|---|---|---|
| 2/19/2021 | Doctor's Progress notes | 10(64) | Returns from MHJ, went for g-tube placement, found to be COVID +, procedure cancelled. Found to have staph aureus bacteremia. IV antibiotic therapy, needs additional days. PMH of esophageal strictures. COVID syndrome persistent bacteremia, back pain, Factor V Leiden deficiency, CAD, seizure disorder, TBI s/p V/P shunt, back injury with paraplegia, neurogenic bladder with ileal conduit, metastatic prostate cancer s/p proctectomy and AICD. O: NAD, chronically ill appearing. Chest: CTAB, chest port (R), left AICD pacer, RRR, Abdomen soft, RLQ ileal conduit, Stage II sacral wound. A&O x 3 A/P: Admit to RMC for IV abx and TPN. No acute complaints. F/U with general surgery for completion of g-tube to completely wean off TPN. | Hard to Read |
| 4/2/2020 | Wound Evaluation and Treatment Record | 153(196) | No wounds | |
| 3/2/2020 | Wound Evaluation and Treatment Record | 5(196) | No wounds | |
| 2/6/2019 | Discharge Summary | 1(176) | Discharge dx: paraplegic/urostomy Condition at discharge: Had consults and appts set up for surgeon, was able to obtain a proper wheelchair for his medical needs. Will follow up with primary care MD or if urgent needs. | |
| 2/6/2019 | Infirmary Hospital Daily Nursing Evaluation | 36(176) | Independent with ADL's, set up assist only. Is verbally cued to turn and reposition. | 02/06/2019 Discharged from infirmary |
| 2/6/2019 | Wound Evaluation and Treatment Record | 37(176) | No wounds, Duoderm to coccyx for prevention. | |
| 1/31/2019 | Wound Evaluation and Treatment Record | 59(76) | No wounds | |
| 1/16/2019 | MAR | 148(176) | Duoderm to sacral area 3 x week for 30 days. | |

Review of Medical Records Pertaining to DC# T77153
Work Product

| Date | Document | Page | Content |
|---|---|---|---|
| 1/16/2019 | Infirmary Hospital Admission Nursing Evaluation | 116(176) | Admitting diagnosis: Self care deficit; summary of significant findings from this note that is several pages. VS: 97.9-68-18-104/61-96% on RA; Height 5'10" Wt: 126.6 Uses WC, has ileostomy, hx of G-tube. Chronic drug seeking behaviors, Able to feed self, minimal bathing and grooming self. Can dress self with moderate help. Has ileal conduit but is incontinent of bowel. Needs complete assistance transferring. Paralyzed BLE. Appetite good, regular diet. No trouble swallowing. Prostate removed 2006, Duoderm to coccyx. Red but blanchable. |
| 6/27/2018 | Chronological Record of Health Care | 43(144) | Pt seen in sick call requesting smaller diapers. Pt is incontinent of stool and reports the smalls that he has is leaking. Pt also c/o back pain. Will consult with ADA nurse and supply room for smaller (extra small diapers). |
| 1/18/2018 | Chronological Record of Health Care | 72(144) | 1 small adult brief and 5 wipes issued, awaiting follow up with MD 01/19/2018 to address hoarding of medical supplies. Security found 24 wafers, 22 urostomy bags, 3 urostomy tubes, 8 cath. Bags (different sizes cc's), 1 red bag, 64 small briefs, 5 infant diapers. |
| 3/7/2017 | Chronological Record of Health Care | 128(144) | Supplies delivered to medical by security due to excessive amount found in cell. 7 packages of small briefs, 3 packages of chucks pads, and large amount of ostomy supplies. Currently in ADA cell in medical. Will issue supplies as necessary. |
| 3/8/2016 | Chronological Record of Health Care | 119(159) | S: " I still haven't received my small blue diapers or my urostomy bag. "I and my people have filed papers with everyone here and Tallahassee and Corizon and all of yall lie because I have documentation you are to order what I'm supposed to have" I've filed over 100 grievances and something will be done....... |
| 3/8/2016 | Sick Call Request | 120(159) | This is regards to an ongoing condition. For the past 2 weeks, there have been no 2000 cc bedside drainage bags and again there was no youth small or small youth tape-on diapers. I can not use pull ups. |

Review of Medical Records Pertaining to DC# T77153
Work Product

| Date | Source | Page | Notes | |
|---|---|---|---|---|
| 1/21/2016 | Chronological Record of Health Care | 122(159) | Rec. Informal grievance from inmate regarding diapers. Brought to infirmary. IM reports diaper is loose in groin area and leaks. IM questions as to what leaks. He has a urostomy. He reports he does not have formed stools. Measured waist 29", Hips 31". New diaper was placed on IM size small (20"-32") Attends breathable brief. IM reports he can get finger in diaper around leg crease. IM educated that diaper should not cord leg, and skin breakdown is an issue if it is too tight. IM states he is willing to try these and see how they work. Buttock and sacrum skin intact. No signs of breakdown. Refuses pull ups due to urostomy. IM is informed a diaper any smaller will be hard to strap closed due to size. The size on IM is a close fit. | |
| 12/18/2015 | Chronological Record of Health Care | 126(159) | IM argumentative about wipes and threatening law suits if the proper kinds of diapers were not supplied. Refused to let me see the ulcer on his buttocks. | ARNP note |
| 12/2/2015 | Chronological Record of Health Care | 130(159) | IM signed up for SC requesting wipes to be issued more than once a month. IM with hx of hoarding wipes. Pass written 10/02/2015 to be issued wipes monthly x 1 year. Chart to clinician to review need for wipes more often than once a month. | |
| 5/31/2015 | Refusal of Health Care | 195(198) | Refusal of briefs. | |
| 3/22/2015 | Chronological Record of Health Care | 6(198) | IM to supply window stated that " Mrs. Rodriguez, I also have a pass for diapers, I just need to get the pass from KOP window" Instructed IM to get pass then come back for diapers. IM never returned to window. | |
| 3/8/2015 | Refusal of Health Care | 163(198) | Refused to accept adult ( small) disposable briefs. IM only wants " baby diapers" not currently in stock room. | |

Review of Medical Records Pertaining to DC# T77153
Work Product

| Date | Document | Page | Notes | |
|---|---|---|---|---|
| 3/8/2015 | Chronological Record of Health Care | 7 (198) | During Q Sunday supply window, IM was issued following supplies: urostomy bag x 3 and wafers x 3 (45 mm). Specialty utensil holder. IM states: " I need my Huggies diapers with Mickey Mouse on them" No baby diapers are present in supply closet to issue nor does inmate have a pass to provide for diapers. Measured IM waist 28.25" and hip 32" (nurse and ofc. present) When measuring asked IM if he had any wounds, he replied " I don't know but I have had them in the past". No skin breakdown noted nor was IM wearing any kind of brief/diaper/underwear. IM c/o " I have to have baby diapers because of the gap under legs allows leakage so I need a size 5 diapers." Explained to inmate that I can only offer what is available in supply closet at present. Offered the IM the smallest available ( orange colored adjustable brief measuring minimum 20", max 32". IM verbally refused to accept stating he had a few more baby diapers to use until I clear this up. I only want baby diapers not adult diapers. " IM wheeled away in WC. IM has upcoming appt with clinician or access to sick call to address issues with obtaining supplies and pass. | |
| 2/2/2015 | Chronological Record of Health Care | 17(198) | S: IM seen for sick call requesting renewal of passes O: A&O x 4 A: Pass renewals 1. Low bunk 2. WC cushion 3. Diapers (XXSM) 4. Wipes 5. Skin prep. 6 . 2000 cc drainage bag. 7. Chucks 8. Ostomy belt 9. Special spoon to eat. 10. Adhesive remover 11. Ostomy wafers, bags 12. IM assistant needed. Chart to provider for renewal of passes. | |
| 12/9/2014 | Chronological Record of Health Care | 26(198) | FU: Evaluation for diapers S: " I need diapers with tape, I can't use pull ups because I am paralyzed" O: WC bound, Wipes and diapers have been previously dc'd for hoarding- paraplegia. A: Paraplegia, Mild incontinence of bowel and bladder. P: Spoke at length with PIM about available supplies, no medical indication for not using available pull ups we have. Will be issued one pack/week. Counseled on hoarding. | ARNP note. |
| 12/7/2014 | Sick Call Request | 153(198) | Need youth tape on diapers ordered. Bowel incontinence, wheelchair bound. No pull ups, can not use. I never stated the Huggies I received did not fit. I do not want them for the picture. Take them out and put in clear bag. But need a youth tape on regardless. NO PULL UPS. | |

Review of Medical Records Pertaining to DC# T77153

Work Product

| Date | Document | Entry | Notes |
|---|---|---|---|
| 9/17/2014 | Chronological Record of Health Care | 32(198) | Found with large amount of diapers in his possession. He is clearly not using them on a daily basis. DC diapers and wipes. He may f/u with sc prn if those items are needed but they will need to be SI on a daily basis (i.e. come to infirmary, clean self, get new diaper, leave soiled one in the infirmary.) | ARNP note. |
| 9/15/2014 | Chronological Record of Health Care | 33(198) | IM property was searched and IM still had 36 Huggie diapers, 3 unopened packs of youth diapers, 1 pack of opened youth diapers and no wipes. Chart to clinician for review. | |
| 5/23/2014 | Chronological Record of Health Care | 35(198) | IM being counseled on ADA issues. IM became angry and began yelling. IM was told to leave triage area. | |