United States District Court
Northern District of Florida
Panama City Division

Gary L. Seymour,
    Plaintiff,

RECEPTION AND MEDICAL CENTER
DATE 7/13/22
INMATE INITIALS: GLS

    V.

            case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
    Defendant,

_____/

### Plaintiff's Response To Defendant's Motion For Summary Judgment with Evidentary Materials

    Comes Now, the plaintiff, Gary L. Seymour, pro se, hereby submits his response in opposition to the defendant's Motion For Summary Judgment. [Doc. 54]. The plaintiff moves this Honorable court to enter an order "Denying defendant's Motion for summary judgment" in this cause. And as grounds for this response are as follows:

### Background And Procedural History

    1.) Plaintiff, Gary L. Seymour (the "Plaintiff" or "Seymour"), is an inmate in the custody of the Florida Department of corrections ("FDC").

    2.) On Aug. 17, 2020, Seymour filed his complaint for violations of the Americans with disabilities Act ("ADA") and section 504 of the Rehabilitation Act ("RA"). [Doc. 1], with An Affidavit by Mr. Robert Easley. [Doc. 1, pg. 15].

    3.) On September 22, 2020, Seymour filed a motion for Preliminary Injunction. [Doc. 6].

    4.) On July 23, 2021, Defendant filed his Motion to Dismiss the complaint. [Doc. 22].

( pg. 1 of 13 )

5.) On July 29, Defendant Filed a Supplemental Response to Seymours Motion for Temporary Restraining order. [Doc. 25].

6.) On August 6, 2021, the Magistrate Judge issued his Report and Recommendation that Seymour's Motion for Preliminary Injunction be denied. [Doc. 26].

7.) On October 1, 2021, The court entered its order adopting the Report and Recommendation that Plaintiff's Motion for Preliminary Injunction be denied. [Doc. 32].

8.) On December 10, 2021, The Magistrate Judge issued his Report and Recommendation that defendant's Motion to Dismiss be Denied. [Doc. 35].

9.) On December 30, 2021, The court adopted that Report and Recommendation, and Denied the defendant's Motion to Dismiss. [Doc. 38].

10.) On January 20, 2022, The defendant filed his answer to Seymour's complaint. [Doc. 44]

11.) On January 13, 2022, Seymour filed Several Declarations. [Doc. 42-1].

## Plaintiff's Allegations

Seymour is a paraplegic with bowel Incontinence. [Doc. 1, at 5, para. 3,] Prior to entering the prison system, Seymour "received pediatric diapers as a treatment regimen for bowel incontinence." Id. When Seymour entered the FDC in February 2014, medical staff at the Central Florida Reception center continued to provide him with pediatric diapers (pampers cruisers size 6). Id. par. 4. In March 2014, Seymour was transferred to Gulf C.I where he was provided Huggies little movers size 5 for approximately one (1) year. Id. par. 5. Medical staff then Switched Seymour to adult diapers. Id. par. 5. The adult diapers leaked fecal matter onto his bedding and clothing due to them being

(pg. 2 of 13 )

too large for Seymour's small frame. *Id.*

In April 2019, while confined at Suwannee c.I, Seymour received Huggies Snug n' Dry, size 6 Diapers. *Id. par. 8.* Later, at Century c.I, Seymour was provided pampers. *Id. par. 10.*

In June 2020, Seymour was transferred from century c.I to the Northwest Florida Reception Center ("NWFRC"). *Id. par. 10.* A security prison official at the NWFRC confiscated Seymour's box of pampers from his personal property. *Id.* Medical staff at the NWFRC provided Seymour with adult diapers, but the adult diapers are to large for his very small frame and cause feces to leak onto his bedding and clothing. *Id. par. 6.* The resulting oder "causes Seymour to frequently miss chow and has been told to leave the Law Library and Chapel." *Id. par. 9.* In addition, Seymour, states " the ill- Fitting adult diapers and the leakage of fecal matter cause periodic and reoccurring sores which, if infected, could put him in a 'life threatening situation', due to him having cancer." *Id. par. 6-7.* Seymour Knows/Belives he is being denied the pediatric diapers he despartly needs due to him filing many grievances, complaints and lawsuits. *Id. par. 11.* Seymour also, Knows/Belleves that without an Injunction the pain, Humiliation, and Degrading treatment will continue, and the crimes against a qualified ADA inmate will not only continue, but escalate. *Id. para. 13.* Seymour, Knows he is intentionally being denied, deprived of the pediatric diapers as a form of retaliation. *Id. par. 13.* Seymour has attached a sworn Affidavit to his complaint from Mr. Robert Easley, DC#L11027, attesting to the facts listed herein. *Id. para. 14.* See Affidavit. [Dec.1, pg.15.]

## Plaintiff's Response In Opposition To Defendant's Statement Of Undisputed Material Facts

1.) Plaintiff has a pass for a "permanent wheelchair". He has been dianosed as paraplegic. Paraplegia is when there is paralysis of the lower extremities (unable to move) typically due to spinal injury or disease. [Doc.54, pg.4]. Plaintiff "Admits" this fact.

2.) Medical records document that plaintiff is incontinent of feces and has an ileal conduit, which diverts urine into a bag/pouch. [Doc. 54, pg. 4]. Plaintiff "Admits" this fact. Plaintiff has a current pass for (1) pk pediatric sized diapers per week. See EX: A, pg. 2.

3.) Medical records document that plaintiff "hoarded diapers and supplies", including some Huggies Diapers. On Sept. 17, 2014, the ARNP documented "he clearly is not using them on a daily basis", [Doc. 54, pg. 5]. Plaintiff "Denies" the statement regarding "Hoarding diapers and supplies". Medical records clearly indicate "large number of diapers", this is due to medical providing plaintiff with (1) Box of Huggies Little movers which contained over (100) diapers, There is no indication of other supplies or of Hoarding. Id. see also defendant's EX: B for the date indicated, Sept. 17, 2014. [Doc. 54, EX. B]

4.) On March 8, 2015, Plaintiff was measured due to his request for "mickey mouse diapers". His waist was 28.25". When he requested the diapers, he was not wearing any brief, diaper, or underwear, according to the documentation. [Doc. 54, pg. 5]. Plaintiff "Denies" this statement as plaintiff never "requested Mickey mouse" diapers, but plaintiff did in fact have a valid pass for Huggies/ Pampers/Luvs, size 5-6 for one (1) year written by Ms. C. Davis, ARNP. See [Doc. 37, pg. 7]. Plaintiff also "Denies" the statement regarding that he was not wearing "Any diaper" when in fact he was wearing a Huggies Little movers, size 6. Also, Plaintiff "Denies" that he was measured on this date.

5.) Plaintiff was offered the smallest brief (waist size 20" to 32") available, but he verbally refused. [Doc. 54, pg. 5]. Plaintiff "Denies" this statement as he was never offered any other Diaper, brief, or pullup, due to the fact he had a valid order for Huggies/Pampers/Luvs, size 6. See [Doc. 37, pg. 7]. And he was being provided Huggies Little movers, size 6.

6.) Plaintiff returned to the supply window on March 22, 2015, asking for pediatric diapers. It was requested that he obtain a medical pass and return for his supplies. The documentation states that he never returned with a pass. [Doc. 54, pg. 5].

Plaintiff "Admits" that he went to the supply window on March 22, 2015, asking for his pediatric diapers. However, Plaintiff "Denies" that it was requested he obtain a medical pass and return for his supplies, as Plaintiff had a pass written for (1) year by Ms. C. Davis, ARNP on Feb. 19, 2015. See [Doc. 37, pg. 7]. And Plaintiff "Denies" that he never returned with a pass as he had the pass provided by Ms. C. Davis.

7.) Plaintiff was measured on Jan. 21, 2016, his waist was 29". According to the Inpatient History and Physical completed on June, 2, 2021, he weighed 116 pounds and is 5'10". [Doc. 54, pg. 5]. Plaintiff "Denies" any measurement was taken, as it is my understanding it is FDC policy that any procedure relating to an inmate being disrobed in the presence of any staff, (2) staff members must be present. In Defendant's Ex:B for the date of 1/21/2016, It states New Diaper placed on Im size Small (20"-32"). The size is wrong the size is Extra Small/youth Attends. See www.Attends.com. Then, Plaintiff "Denies" his weight was 116 pounds on 6/2/21 as the wheelchair scale was broken.

8.) His waist was measured again on 5/9/22 and was 25". [Doc. 54, pg. 6]. Plaintiff "Admits" this fact. Then, He was weighed most recently on 6/9/22 and weighed 123 pounds, [Doc. 54, pg. 6]. Plaintiff "Denies" this fact as there was no wheelchair scale.

9.) According to the medical records Nurse Caswell reviewed, there is not a documented medical reason for plaintiff to need pediatric diapers. According to his last weight and measurement, the small brief that he has available should fit his frame appropriately. [Doc. 54, pg. 6]. Plaintiff "Denies" this statement in its entirety due to it being an opinion not based on personal knowlege and the medical records clearly indicate that plaintiff was issued Extra Small/youth diapers. On 2/7/2022, it states in the medical record "provider determined patient would benefit from "Extra Small Diapers to prevent leakage of bowel." See Defendant's Ex:B, for date indicated. [Doc. 54, Ex:B]

(pg 5 of 13)

10.) Plaintiff was seen in sick-call on 6/8/22 and the practitioner documented that the Diaper he was wearing fit appropriately. [Doc. 54, pg. 6]. Plaintiff "Denies" this statement the sick-call Nurse had no way to know whether Plaintiff was wearing a Diaper or not as it is my understanding that "No inmate shall Disrobe in the presence of staff unless (2) staff members are present". And it is documented that the pediatric diapers were not "Approved." See Defendant's EX:B for date indicated. See also, Plaintiff's EX:B ____ request from Health services Administrator, MS. A. Thompson's response, states "This issued was addressed and escalated as per policy for "Approval." unfortunately it was denied and is currently out of our hands." This request is regarding pediatric diapers.

11.) In his complaint [Doc. 1], Plaintiff alleges that he is required to have pediatric diapers to avoid periodic/reoccuring open sores by ill-fitting adult diapers. [Doc. 54, pg. 6]. Plaintiff "Admits" this statement.

12.) In the medical records that Nurse caswell reviewed, it was documented many times that Plaintiff was able to change positions and turn himself (this is done when in bed or in a chair to avoid ulcers due to pressure) and had multiple wound assessments where no wounds were documented. [Doc. 54, pg. 6]. Plaintiff "Denies" these statements as it is well documented in the medical file in the 24-hour Positioning Activity Schedule or (See EX:C) turn schedule that staff has to turn or reposition plaintiff to prevent pressure ulcers. Also, Plaintiff "Denies" that there have been multiple wound assessments where no wounds were documented. Plaintiff has multiple medical records where wounds were documented. See EX: C-1 .

13.) On Feb. 19, 2021, Plaintiff did have a stage 2 sacral wound. A stage 2 wound (pressure ulcer) is typically superficial and presents as an abrasion or blister. [Doc. 54, pg. 6]. Plaintiff "Admits" this fact.

(pg. 6 of 13)

However, Plaintiff Submits other records indicasteing several other wounds. See Ex: C-1 _____ .

14.) Plaintiff "Admits"

15.) Plaintiff "Admits"; However, plaintiff submits several other medical records indicsteing Braden Scale numbers far below 26. See Ex: D _____ .

## MEMORANDUM of LAW

Title II of the ADA prohibits discrimination in public services and transportation, and states, "No qualified individual with a disability shall, by reason of such disability, be excluded from participation in, or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. 12132.

The Department of Justice (DoJ) promulgates regulations implementing the ADA for Title II of the ADA, the regulations state that a public entity may not;

(i) Deny a qualified individual with a disability the opportunity to participate in or benefit from the aid, benefit, or service; (ii) Afford a qualified individual with a disability an opportunity to participate in or benefit from the aid, benefit, or service that is not equal to that afforded others; (iii) Provide a qualified individual with a disability with an aid, benefit, or service that is not as effective in affording equal opportunity to obtain the same result, to gain the same benefit, or to reach the same level of achievement as that provided to others. 28 C.F.R. 35.130(b)(1)(i)-(iii).

However, a public entity also may not provide different or seperate aids, benefits, or services to individuals with disabilities or to any class of individuals with disabilities than is provided to others, unless such action is necessary to provide qualified individuals with disabilities with aids,

(pg. I of 13)

benefits, or services that are as effective as those provided to others, 28 C.F.R. 35.130(b)(1)(iv). As the DoJ is charged with promulgating regulations to implement the ADA, the DoJ's regulations are entitled to substaintial difference. Blum V. Bacon, 457 U.S. 132, 141, 102 S.ct. 2355, 72 L.Ed. 2d 728 (1982)(stating "the interpretation of an agency charged with the administration of a statute is entitled to substaintail difference."); See also, Olmstead V. L.C. ex rel. Zimring, 527 U.S. 581, 598, 119 S.ct. 2176, 144 L.Ed. 2d 540 (1999)(noting that DoJ's interpretation of Title II of the ADA warrent's respect.")

   In order to state a claim under Title II of the ADA, a plaintiff must prove:

   (1) that he is a qualified individual with a disability; (2) that he was excluded from participation in or ... denied the benefits of the services, programs, or activities of a public entity or otherwise was discriminated against by such entity; (3) and that the exclusion, denial of benefit, or discrimination was by reason of the plaintiff's disability. Shotz V. cates, 256 F.3d 1077, 1079 (11th Cir. 2001)(internal citations ommitted); See also, Bircoll V. Miami-Dade cnty., 480 F.3d 1072, 1083 (11th Cir. 2007). An ADA claim may proceed on the theory that the defendant failed to reasonably accommodate the plaintiff's disability. See Schwarz V. City of Treasure Island, 544 F.3d 1201, 1212 n.6 (11th Cir. 2008); Lonergan V. Fla. Dep't of corr., 623 F. App'x 990, 992 (11th Cir. 2015). The same standard for determining liability under the RA, as is under the ADA. See Ellis V. England, 432 F.3d 1321, 1326 (11th Cir. 2005); Siskos V. Secretary, Department of corrections, 817 Fed. Appx. 760 (11th Cir. 2020).

   Here, there is no dispute that Seymour is disabled as Seymour is paraplegic, incontinent of feces and ileal conduit which diverts urine into a bag. See [Doc. 54, pg. 4 (Statement of material undisputed facts, par. 1, 2)]. See also, Defendant's Ex: A, Nurse caswell's Declaration and Ex: B, plaintiff medical record. Rather, the question is weather FDC is reasonably accommodating Seymour's incontinence and weather FDC is denying Seymour the benefits of FDC's programs, services, or activities, on the basis of his disability, by failing to provide Seymour with the pediatric diapers that would prevent

(pg. 8 of 13)

the leakage of feces that causes a foul odor and mess and would reduce the risk of sores. See [Doc. 42, 42-1, page(s) 1-12], See also, Seymour's Declaration. EX: _____ .

## Reasonable Accommodation

A plaintiff can proceed on the theories of intentional discrimination, disparate treatment, or failure to make reasonable accommodations. See Schwarz v. City of Treasure Island, 544 F.3d 1201, 1212 n.6 (11th Cir. 2008). In cases alleging a failure to make reasonable accommodations, the defendant's duty to provide a reasonable accommodation is not triggered until the plaintiff makes a specific demand for an accommodation or the need for an accommodation becomes obvious. See Wolfe v. Fla. Dep't of Corr., No: 5:10-cv-663-oc-PRL, 2012 U.S. Dist. Lexis 131640 at *4 (M.D. Fla. Sept. 14, 2012) ("In addition to showing that Wolfe is a qualified individual with a disability, Plaintiff must show that Wolfe requested an accommodation or the need for one was obvious and the public entity failed to provide a reasonable accommodation.")(citing McCoy v. Tex. Dep't of Criminal Justice, No: C-05-370, 2006 U.S. Dist. Lexis 55403, *7-9 (S.D. Tex. Aug. 9, 2006)); See also Rylee v. Chapman, 316 Fed. Appx. 901, 906 (11th Cir. 2009) ("In cases alleging a failure to make reasonable accommodations the defendant's duty to provide a reasonable accommodation is not triggered until the plaintiff makes a specific demand for an accommodation.")

When the public entity provides a reasonable accommodation that gives a disabled individual an "equal opportunity to... gain the same benefit," the public entity has provided "meaningful access." See Alexander v. Choate, 469 U.S. 287, 301, 105 S. Ct. 712, 83 L. Ed. 2d 661 (1985). "The reasonableness of an accommodation is generally a question of fact "NOT APPROPRIATE" for resolution on summary judgment." Wolfe, 2012 U.S. Dist. Lexis 131640 at *4.

Furthermore, a governmental entity does not have to institute an accommodation that would "fundamentally alter" it's programs or services. 28 C.F.R. 35.130 (b)(7)(i). "A public entity shall make reasonable modifications in policies, practices, or procedures

(pg. 9 of 13)

When the modifications are necessary to avoid discrimination on the basis of disability, unless the public entity can demonstrate that making the modifications would fundamentally alter the nature of the services, programs, or activities.") The burden of proving a fundamental alteration lies with the defendant; "if the defendant fails to meet this burden, it must make the requested modification." See, Alumni Cruises, L.L.C. v. Carnival Corp., 987 F.Supp.2d 1290, 1306 (S.D.Fla. 2013).

## Plaintiff Meets The Requirements to Prove a Claim Pursuant to The ADA and RA

Plaintiff's medical records clearly show that he is paraplegic, bowel incontinent, and has an ileal conduit. The defendant does not "Dispute" that Seymour is disabled. The ADA requires that the impairment(s) Substantially limit one or more of the individuals major life activities and major bodily functions.

In this case, it is well documented that Seymour is wheelchair bound (paraplegic) and bowel incontinent due to a severe spinal cord injury. These are considered lifetime impairments. Seymour's incontinence issue is due to not having any feeling and not being able to feel when he is having a bowel movement. Thus, the documented medical reason to need diapers. And finally, his ileal conduit is a result of prostate cancer, which caused his bladder and prostate to be removed, causing him to wear a bag. Therefore, all of these conditions limits several "major life activities and major bodily functions." See 42 U.S.C. 12102 (1) and (2).

Seymour also submits that he is being denied access to the law library, chapel, and chow hall, which are programs and/or services provided by FDC, which is a public entity. See, Declarations from several inmates [Doc. 42-1, pgs. 1-12], See also, Seymour's Declaration Ex. _____, Furthermore, Seymour is being denied these programs and/or services due to the diapers FDC is providing him leak fecal matter, because they are to large. This constitutes discrimination on the basis of Seymour's disability.

## Plaintiff is Eligible To Recover Compensatory Damages Under The ADA

"In order to recover compensatory damages under the ADA, a plaintiff must demonstrate 'intentional discrimination or bad Faith'." Badillo V Thorpe, 158 F. Appx. 208, 214 (11th cir. 2005).

Here, Seymour has been provided pediatric sized diapers on several occasions and at several institutions. Seymour currently has a valid pass for "pediatric sized diapers" [see Ex: A, pg. 2 pass], but is not being provided with them. Never the less, the defendant has chosen to ignore the plaintiff's pass and is intentionally denying the plaintiff the pediatric sized diapers he needs.

Thus, as a result of the evidence herein, plaintiff has proven he is eligible for damages under the ADA.

## The Defendant's Are Intentionally Denying Seymour Reasonable Accommodations

Seymour has a valid pass for (1) pack, pediatric sized diapers per week, the pass was written on 8/29/22 till 8/28/23. See Ex: A pg 2 pass. The pass was written by Dr. Baptiste, E. M.D. Seymour has yet to receive any "pediatric sized diapers", the staff claim they are unable to order the pediatric sized diapers due to them not being on their formulary, unless a court order is issued. Plaintiff has made several requests to be provided pediatric sized diapers and he has been provided (Huggies little movers, Huggies snug n' Dry, pampers cruisers) them at several prisons during his incarceration.

Plaintiff has shown medical staff that the size small briefs that he is currently receiving leak fecal matter on clothes and bedding. The medical staff just laughed and stated "it is your problem, get a court order"; however, they still intentionally deny Seymour the pediatric sized diapers he has a valid pass for. (See Ex: A) pg. 2                    (pg. 11 of 13)

Thus, the evidence here demonstrates that FDC is intentionally discriminating against Seymour, by refusing to provide Seymour the pediatric sized diapers he needs.

As Such "The reasonableness of an accommodation is generally a question of fact "NoT Appropriate" for resolution on Summary Judgment." Id. Wolfe, 2012 U.S. Dist. Lexis 131640 at *4.

As demonstrated herein and with attached evidence there are genuine issues of dispute. Therefore, Summary Judgment is inappropriate in this case, Plaintiff respectfully request defendant's motion for Summary Judgment [Dec. 64] be denied.

Respectfully Submitted,

Gary L. Seymour
pro se, plaintiff

/s/:
print: Gary L. Seymour
Dec#: J77153
Address: RMC Main unit
P.O Box 628
Lake Butler, FL. 32054

## Local Rule 7.1 (F) Certification

The undersigned certifies that this motion contains less than 3,300 words.

(pg. 12 of 13)

## Certificate of Service

I certify that a true and correct copy of the foregoing was placed in the hands of prison officials at RMC main unit for mailing U.S. mail to:

Clerk of court, U.S District court, Panama city Division, 1 North palafox st., pensacola, FL. 32502

Joe Belitzky, office of the Attorney General, PL-01, The capitol Tallahassee, FL. 32399

Executed this 13 day of September 2022.

/s/:

print: Gary L. Seymour,

Doc#: 157153

(pg. 13 of 13)

United States District Court

Nothern District of Florida

Panama City Division

Gary L. Seymour,
   Plaintiff,

v.                                    Case No: 5:20-cv-214-TKW-MJF

Ricky D. Dixon,
   Defendant,

Declaration Of Gary L. Seymour in opposition to
Defendant's Motion for Summary Judgment

I, Gary L. Seymour, pursuant to 28 U.S.C § 1746, make this declaration under penalty of perjury, declare that the facts stated herein are true and correct;

1.) I am the plaintiff in the above entitled case. I make this declaration in opposition to defendant's motion for Summary judgment on my claim of violations of the ADA and RA, concerning the denial of Reasonable Accommodations.

2.) The defendant's Legal Nurse consultant Kellie Caswell's declaration claim, in Summary, that the medical documentation that she reviewed shows that there is No need for pediatric diapers and that what plaintiff is currently recieving fit or should fit his frame.

3.) The defendant's are not entitled to Summary Judgment because there are genuine issues of material fact to be resolved. These issues are identified in the accompanying memorandum filed by the plaintiff pursuant to Rule N.D. Fla. Loc. R. 56.1 (B) of this district court. The facts are set out in this declaration

(pg. 1 of 3)

4.) Plaintiff is submitting further medical records, passes, sickcalls, and request(s) for the court's consideration on its ruling on the pending action. See Ex: B, E, F, G

5.) Plaintiff further declares all documents submitted (Exhibits, medical records, request(s), and passes) are Authentic.

6.) I am paraplegic, bowel incontent and have an Ileal conduit and have been disabled since 2003. I have been using pediatric sized diapers before entering FDC and will in FDC's custody. See [Doc. 1, pg. 5, par. 3-13]. These are plaintiff's Allegations are hereby incorporated by refference.

7.) I am being denied access to the law library, chapel, and chow hall because the size diapers I'm being given leak fecal matter on my clothes and bedding. I have a current pass for pediatric sized diapers [See Ex: A] and FDC refuses to provide them, See also, Seymour's Motion pg. 8-9.

8.) I have also submitted Declarations from several inmates [Doc. 42-1, pgs. 1-12] attesting to the fact that the diapers I'm getting leak feces and that the pediatric sized diapers fit properly. Also, they attest to witnessing prison officials Telling me to leave the law library, chapel, and chow hall.

9.) I am also, submitting a Dc4-711N (Disabled inmate mangement plan) verifying plaintiff is ADA qualified. See Ex: G

10.) Plaintiff submitted a pass [Doc. 37, pg. 5] for pediatric sized diapers, but was never provided them.

11.) Plaintiff also, submits a Doctors order from century c.i. for large pediatric diapers 3/day prn X 90 days. See Ex: E [pa 7 of 5]

12.) I am contesting that the diapers I'm currently being provided leak causing a foul oder and mess. I am constantly being Humiliated, Degraded by not only Staff but inmates alike.

13.) I am asking this court to deny defendant's motion for Summary Judgment so we can proceed to trial and I can receive the diapers I need.

14.) I am Not being afforded reasonable accommodations by the defendant despite having a valid pass from a Doctor.

15.) The foregoing factual allegations create a genuine issue of material fact and will, If proved at trial, etitle me to judgment, as explained in the accompanying brief And Evidence Submitted with this Declaration.

The foregoing facts are Known by me to be true and correct based upon my personal Knowledge and belief. I am over the age of 18, am competent to testify to Such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

Dated: 9-9-22

Gary B.

Gary L. Seymour
Declarant

(pg. 3 of 3)

United States District Court
Northern District of Florida
Panama City Division

Gary L. Seymour,
    Plaintiff

    v.

Ricky D. Dixon,
    Defendant

CASE No. 5:20-cv-214-TKW-MJF

## Declaration of Warren Oliver

I, Warren Oliver, pursuant to 28 U.S.C. 81746 make this declaration under penalty of perjury, declare that the Statements made below are true and State the following:

1. My name is Warren Oliver, DC# 781409, and was house at NWFRZ main unit with Gary L. Seymore in D-dorm. The small diapers medical is giving him is to large and he is leaking all over himself even in his bed. I have to see this and I had slept right by him, it smells. I have seen the sores on him which caused this and it did not look good. I have seen Seymore with some luggies he had brought with him before all of this occured and he did not have any leakage. The medical Staff took his luggies and gave him small briefs and the leaked, it was lung on his bed. I have seen officer yell and curse at Gary Seymore in the chow hall, plus the dorm about this issue.

— 1 —

The officers told Geary seymore that he can't come inside of the law library, because his diapers are leaking and he smells ~~~ Geary seymore was kicked out of the chapel because of this issue also. This is a on going issue with Geary seymore that his diapers leaks and they will not give him the right size, he is kicked out of every learning center & building because of this.

The foregoing facts are known by me to be true and Correct based upon my personal knowlege and belief. I am over the age of 18, am Competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that facts stated herein are true and correct.

Date: 8-9-2022

WARREN OLIVER DC# M81409

EXHIBIT: (A)

1) Valid pass for pediatric
sized diaper

TB209-R.M.C.- MAIN UNIT
7765 S CR 231  Lake Butler , FL 32054
3864966000 Fax: 3864962069



Other Pass 1 - Specify; Start Date: 08/02/2022; End Date: 02/02/2023
Comments: Urostomy Supplies; including: wafer; bags; unisolve; extension hose; drainage bag; wipes x2/
week
Provider: Esdra Jean Baptiste MD

Other Pass - Specify; Start Date: 08/05/2022; End Date: 08/05/2023
Comments: 7 Split gauze and 1 roll of tape each week
Provider: Esdra Jean Baptiste MD

Other Pass 3 - Specify; Start Date: 08/29/2022; End Date: 08/28/2023
Comments: 1 pack pediatric sized diapers per week
Provider: Esdra Jean Baptiste MD

DC4-701D Health Slip Pass (Revised 6/26/2019)
This form is not to be amended, revised, or altered without          approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

EXHIBIT : (B)

1.) 4-request



**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

ATTN: M.S. Thompson, HSA / and / or Mr. Jones, R., HSA.

| Mail Number: | N/A |
|---|---|
| Team Number: | 13 |
| Institution: | 110 |

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Seymour, Gary | 177153 | D1-101-L | | 6-3-22 |

**REQUEST**

Check here if this is an informal grievance ☐

I have repeatedly spoken to you relating to these diapers leaking to no avail. This issue is becoming serious in my dorm with fellow inmates. I am still losing weight and I know my waist and thighs are getting smaller. Please, just provide me with the pediatric size diapers so that they don't leak. The leakage occurs mainly around the legs and allows fecal matter to get on bedding and clothes 'causing a substantial mess and odor/trader. I have had multiple arguments with other inmates and staff about this as I am unable to control the leakage problem due to the inability to get the diapers I know I need. If you are unable or unwilling to get the pediatric diapers then authorize me to have family or friends have them sent to me. I understand the wait time for the diapers to arrive once ordered, however, I have not been informed that the ordering process has even begun. Thank you for your understanding in this matter.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____  DC# 177153  **RECEIVED**

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED:
NWFRC-MEDICAL

This issue was addressed and escalated as per policy for approval. Unfortunately, it was denied and is currently out of our hands. You will need to access sick call to be re-evaluated. You have upcoming appointments for supplies.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

| Official (Print Name): M.S. Thompson AHSA NWFRC - Centurion | Official (Signature): _____ | Date: 6/13/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _N/A_
Team Number: _46_
Institution: _209_

ATTN: Ms. Roberts, P. (HSA)

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Seymour, Gary | T77153 | L2-125-L | med, | 8/27/21 |

## REQUEST

Check here if this is an informal grievance ☐

Ms. Roberts, I am requesting to be provided with xxsm or youth diapers as I am very small. The size small that I am currently receiving are to large and leak fecal matter (involuntary stool) on cloths, bedding. This is causing problems with fellow inmates as well as health concerns. I have been previously provided with pediatric diapers size 6 at several other institutions. My doctor has no problem ordering these so as she knows they can be ordered by the warehouse/CSR. I have repeatedly requested this being dealt with to only be ignored, I have grieved this issued also to only be ignored and receive no "response".

Relief Sought

1.) To be provided with the diapers requested.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: T77153

**RECEIVED**
AUG 30 2021
HOSPITAL ADMINISTRATION
RECEPTION AND MEDICAL CENTER

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED

As told to you before the Adult Small diapers were the diapers you were Allowed to get.

**[The following pertains to informal grievances only:]**

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): A. Allen | Official (Signature): _____ | Date: 9·1·21 |
|---|---|---|

Administrative Assistant

Original: Inmate (plus one copy)   RMC
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: ____ N/A
Team Number: ____ unknown
Institution: ____ 110

Ms. Buddy

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Seymour, Gary | DC Number 177153 | Quarters G3-101 | Job Assignment N/A | Date 11/12/21 |

**REQUEST**                                      Check here if this is an informal grievance ☐

Ms. Buddy you ordered me the Huggies/pampers/Luvs dipers size 5-6 Just last year. Please reorder them they fit pretty well, I believe there were 10 in each pack and I was given two (2) packs a week for a total of twenty (20). Also, please order the "ConvaTec Sur-fit Natura stomahesive flexible waffers" 45 mm 1 3/4 inch". Along with the 45mm 1 3/4 inch urostomy bags they have a valve in them.

Thank you very much.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____          DC#: 177153

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

RECEIVED NOV 16 2021 NWFRC-MEDICAL

DATE RECEIVED: NOV 16 2021

We can only order items on our formulary. Your urostomy pouches have a valve

[The following pertains to informal grievance only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): Marsha West RN          Official (Signature): _____          Date: 10/17/21
                        IHSA, NWFRC

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _N/A_
Team Number: _13_
Institution: _110_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Mental Health | ☐ Dental ☐ Other | _Medical_ |
|---|---|---|---|---|---|

| FROM: | Inmate Name Seymour, Gary | DC Number 177153 | Quarters D1-139 | Job Assignment unknown | Date 2-25-22 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☒

Dr. Benjamin, V. order extra small diapers for me more than
two weeks ago. They are still not being provided to me
as order. The size small that i am currently receive leak
fecal matter on bedding and on clothes. This constitutes
failure to follow perscribed treatment. Also, this violates
the ADA/RA for failure to accommodate.
This is also considered a form of retaliation and
Abuse. You are hereby put on Notice of various
Law Violations.

Relief sought

1.) Provide the extra small diapers as perscribed.

**RECEIVED** MAR 01 2022
**NWFRC MEDICAL**

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____ DC#: 177153

---

## DO NOT WRITE BELOW THIS LINE

**RESPONSE** 110-2203-0005

DATE RECEIVED: **RECEIVED** MAR 01 2022

Records indicate you have an appointment
in the very near future and can address
these concerns at that time. Your
supplies were ordered.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): _Thompson, AHSA_  Official (Signature): _Thompson_  Date: 3/1/22

_AHSA_

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

EXHIBIT : ( C )

24-Hour Patient Positioning
Activity Schedule

**FLORIDA DEPARTMENT OF CORRECTIONS**
**24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE**

Date: 4-20-2020

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|---------------------|
| 2400 | Back | He | R Graves RN Not relevant | R Graves RN |
| 0100 |  |  |  |  |
| 0200 | L | R | R Graves RN |  |
| 0300 |  |  |  |  |
| 0400 | Shift per Chois Per | PP | R Graves RN |  |
| 0500 | R | PP | R Graves RN |  |
| 0600 |  |  |  |  |
| 0700 |  |  |  | Kitt RN / O V Kitt RN |
| 0800 | Stiny/moved | SK | S Kitt RN | S Kitt RN, Century CI |
| 0900 |  |  |  |  |
| 1000 | R | SK | S Kitt RN |  |
| 1100 |  |  |  |  |
| 1200 | L | SK | S Kitt RN |  |
| 1300 |  |  |  |  |
| 1400 | L | SK | S Kitt RN |  |
| 1500 |  |  |  | Kow / K. Shell, RN |
| 1600 | R | L | K Shell RN | K. Shell, RN, Century CI |
| 1700 |  |  |  |  |
| 1800 |  |  |  |  |
| 1900 | R | QR | Q A Simmons LPN |  |
| 2000 |  |  |  |  |
| 2100 |  |  |  |  |
| 2200 |  |  |  |  |
| 2300 |  |  |  |  |

**ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD**

T77153     TM 46
~EYMOUR, GARY
~/M  DOB 07/28/1980
~
DC4-701K (Revised 5/2/13)

**Position Code**

L = Left Side
R = Right Side
B = Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

Protected Health Information Subject to HIPAA Qualified Protective Order

DHA01190842

**FLORIDA DEPARTMENT OF CORRECTIONS**

**24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE**

Date: 4-29-2020

| Time | Position | Initials | Printed Name | Shift's RN or designee |
|---|---|---|---|---|
| 2400 | B | RB | B. Graves RN | (signature) Graves RN |
| 0100 | | | | |
| 0200 | | | | |
| 0300 | B | | | |
| 0400 | Side to Side | | Hodges RN | |
| 0500 | | | | |
| 0600 | B | RH | Black Neath | |
| 0700 | | | | |
| 0800 | Side to Side | K | Killen | (signature) Killen RN | S. Kitt RN Century CI |
| 0900 | Chair | | | |
| 1000 | Chair | | Skitt | |
| 1100 | Chair | | Skitt | |
| 1200 | | | | |
| 1300 | L | | Skitt | |
| 1400 | R | | Yancey RN | |
| 1500 | L | | Yancey RN | (signature) | T. Yancey RN Century CI |
| 1600 | B | | Yancey RN | |
| 1700 | B | | Yancey RN | |
| 1800 | B | | Yancey RN | |
| 2000 | B | | Yancey RN | |
| 2100 | | | | |
| 2200 | Back | | Yancey RN | |
| 2300 | | | | |

ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD

T77153    TM 46
SEYMOUR, GARY
W/M DOB 07/28/1980

DC4-701K (Revised 5/2/13)

**Position Code**
L = Left Side
R = Right Side
B = Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

Protected Health Information Subject to HIPAA Qualified Protective Order

DHA01190843

**FLORIDA DEPARTMENT OF CORRECTIONS**
**24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE**

Date: 4/24/20

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|----------------------|
| 2400 | L Side | | | |
| 0100 | | | | |
| 0200 | Back | | | |
| 0300 | | | | R. Yost, RN |
| 0400 | L | | | Century C |
| 0500 | | | | |
| 0600 | Back | | | |
| 0700 | | | | |
| 0800 | R | | | |
| 0900 | | | | |
| 1000 | Back | | | |
| 1100 | | | | |
| 1200 | Chair | | | |
| 1300 | | | | |
| 1400 | L Side | | | |
| 1500 | | | | |
| 1600 | Sitting in bed | | | N. Shell, RN |
| 1700 | | | | Cannon C |
| 1800 | Back | | | |
| 1900 | | | | |
| 2000 | R side | | | |
| 2100 | | | | |
| 2200 | L Side | | | |
| 2300 | | | | |

ANY CHANGE IN SKIN CONDITION MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD

**Position Code**
L — Left Side
R — Right Side
B — Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

T77153
TM 46
SEYMOUR, GARY
W/M  DOB 07/28/1980

DC4-701K (Revised 5/2/13)

Protected Health Information Subject to HIPAA Qualified Protective Order

DHA01190845

FLORIDA DEPARTMENT OF CORRECTIONS
24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE

Date: N-27-2020

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|----------------------|
| 2400 | B | Bo | R. Graves | R. Graves RN |
| 0100 | | | | |
| 0200 | Right | 80 | R. Graves | |
| 0300 | | | | |
| 0400 | Back to Rt side | 800 | | |
| 0500 | | | | |
| 0600 | B | 800 | R. Graves | |
| 0700 | | | | |
| 0800 | L | QL | D.Ith RN | U.Ith RN |
| 0900 | | QA | | |
| 1000 | C | QA | D.Ith RN | |
| 1100 | C | | | |
| 1200 | L | QA | D.Ith RN | |
| 1300 | | | | |
| 1400 | R | QA | D.Ith RN | |
| 1500 | | | | |
| 1600 | Back Side | | Brindle RN | |
| 1700 | | | | |
| 1800 | L | | Brindle RN | |
| 1900 | | | | |
| 2000 | Back | | Brindle RN | R. York RN Century C |
| 2100 | | | | |
| 2200 | L | | | |
| 2300 | | | | |

ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD

_____
_____
_____
_____

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

**Position Code**

L = Left Side
R = Right Side
B = Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

T77153     TM 46
SEYMOUR, GARY
W/M DOB 07/28/1980

DC4-701K (Revised 5/2/13)

Protected Health Information Subject to HIPAA Qualified Protective Order

DHA01190847

DHA01190849

# FLORIDA DEPARTMENT OF CORRECTIONS
## 24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE

Date: 4.25.20

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|----------------------|
| 2400 | R | W | Treadway | *Treadway (LPN)* M. Treadway LPN CENTURY CI |
| 0100 | | | | |
| 0200 | B | W | Treadway | |
| 0300 | R | W | Treadway | |
| 0400 | R | W | Treadway | |
| 0500 | B | W | Treadway | |
| 0600 | | | | |
| 0700 | | | | |
| 0800 | L | S | A. Simmons LPN | *A Simmons LPN* A. Simmons, LPN Century CI |
| 0900 | | | | |
| 1000 | B | S | A. Simmons LPN | |
| 1100 | | | | |
| 1200 | R | S | A. Simmons LPN | |
| 1300 | | | | |
| 1400 | B | S | A. Simmons LPN | |
| 1500 | | | | |
| 1600 | L | S | A. Simmons LPN | |
| 1700 | | | | |
| 1800 | B | RN | R Graves RN | *Bronson* R. Graves RN Century CI |
| 1900 | | | | |
| 2000 | R | RN | R Graves RN | |
| 2100 | | | | |
| 2200 | L | RN | R Graves RN | *Bronson* |
| 2300 | | | | |

ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD

T77153   TM 46
SEYMOUR, GARY
W/M DOB 07/28/1980

DC4-701K (Revised 5/2/13)

**Position Code**

L = Left Side
R = Right Side
B = Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

Protected Health Information Subject to HIPAA Qualified Protective Order

FLORIDA DEPARTMENT OF CORRECITONS
24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE

Date: 4-20-2020

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|----------------------|
| 2400 | R Side | RD | R.Graves RN | |
| 0100 | | | | |
| 0200 | Back | RD | R.Graves RN | |
| 0300 | | | | |
| 0400 | R side | RD | R.Graves RN | |
| 0500 | | | | |
| 0600 | Back | RD | R.Graves RN | |
| 0700 | | | | |
| 0800 | Left side | SN | S.Rith RN | |
| 0900 | | | | |
| 1000 | Sitting in bed | SN | S.Rith RN | |
| 1100 | | | | |
| 1200 | right side | CM | CM | |
| 1300 | | | | |
| 1400 | L heel on back | JY | J.Yancey RN | Refused to get up in chair |
| 1500 | | | | in bed |
| 1600 | sitting up | JY | J.Yancey RN | |
| 1700 | | | | |
| 1800 | R side | JY | J.Yancey | |
| 1900 | | | | |
| 2000 | On back c wedge | JY | J.Yancey | |
| 2100 | | | | |
| 2200 | L side | JY | J.Yancey | |
| 2300 | | | | |

ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD

Position Code
L = Left Side
R = Right Side
B = Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

T77153    TM 46
SEYMOUR, GARY
W/M DOB 07/28/1980

DC4-701K (Revised 5/2/13)

Protected Health Information Subject to HIPAA Qualified Protective Order

DHA01190851

FLORIDA DEPARTMENT OF CORRECTIONS
24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE

Date: 4-21-2020

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|----------------------|
| 2400 | Back | AG | R Graves, RN | |
| 0100 | | | | |
| 0200 | R. side | Dee | R. Graves, RN | |
| 0300 | | | | |
| 0400 | Sit up feeding | Dee | R. Graves RN | |
| 0500 | | | | |
| 0600 | Back | Dee | R Graves RN | |
| 0700 | | | | |
| 0800 | Chair | SN | S. Smith | |
| 0900 | | SB | S. Smith | |
| 1000 | Chair | SN | S. Smith | |
| 1100 | | | | |
| 1200 | Chair | SN | S. Witt, RN | |
| 1300 | | | | |
| 1400 | L | SN | S. Smith | |
| 1500 | | | | |
| 1600 | Back | AP | T. Vance, PA | |
| 1700 | | AP | T. Vance, PA | |
| 1800 | R side | AP | T. Vance, PA | |
| 1900 | | | | |
| 2000 | R. side | AP | T. Vance, PA | |
| 2100 | | AP | T. Vance, PA | |
| 2200 | Back | AP | T. Vance | |
| 2300 | | | | |

ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD

Position Code

L = Left Side
R = Right Side
B = Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

Inmate Name: Simmons, Gary
*#: T71550        Race: W/m
B: 7-28-80
Room#/Bed#:
Institution: Century

DC4-701K (Revised 5/2/13)

Protected Health Information Subject to HIPAA Qualified Protective Order

DHA01190853

DHA01190855

**FLORIDA DEPARTMENT OF CORRECTIONS**
**24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE**

Date: 4/17/20

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|----------------------|
| 2400 | Back | RY | R. Yoell, RN | |
| 0100 | | | | |
| 0200 | L side | RY | R. Yoell, RN | |
| 0300 | | | | |
| 0400 | R side | V | (illegible) | |
| 0500 | | | | |
| 0600 | R side | V | (illegible) | |
| 0700 | | | | |
| 0800 | Chair | BM | S. Smith, RN | |
| 0900 | | | | |
| 1000 | Chair | BM | S. Smith, RN | |
| 1100 | | | | |
| 1200 | Chair | BM | S. Smith, RN | |
| 1300 | | | | |
| 1400 | Chair | BM | S. Smith, RN | |
| 1500 | | | | |
| 1600 | Back | V | (illegible) | |
| 1700 | | | | |
| 1800 | | | | |
| 1900 | Right side | JB | J. (illegible) | |
| 2000 | Back | JB | J. (illegible) | |
| 2100 | | | | |
| 2200 | | | | |
| 2300 | Left side | JB | (illegible) | (handwritten notes) |

ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD

T77153
TM 46
SEYMOUR, GARY
W/M DOB 07/28/1980

DC4-701X (Revised 5/2/13)

**Position Code**
L = Left Side
R = Right Side
B = Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

Protected Health Information Subject to HIPAA Qualified Protective Order

DHA01190857

**FLORIDA DEPARTMENT OF CORRECTIONS**
**24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE**

Date: 4/15/20

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|----------------------|
| 2400 | Flat | ROD | R Graves | |
| 0100 | | | | |
| 0200 | L | RG | P Graves | |
| 0300 | | | | |
| 0400 | Sit up for Chow | RG | R Graves | |
| 0500 | | | | |
| 0600 | Back | RG | R Graves | |
| 0700 | | | | |
| 0800 | (L) Side | CN | CN Hill | |
| 0900 | | | | |
| 1000 | Chair | CN | CN Hill | |
| 1100 | | | | |
| 1200 | Chair | CN | CN Hill | |
| 1300 | | | | |
| 1400 | Back | CN | CN Hill | |
| 1500 | | | | |
| 1600 | (L) | TG | T Ronson | |
| 1700 | | | | |
| 1800 | (R) | TG | T Ronson | |
| 1900 | | | | |
| 2000 | Sitting up | TG | T Ronson | |
| 2100 | | | | |
| 2200 | Back | TG | T Ronson | |
| 2300 | | | | |

ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD

Inmate Nam  T77153   TM 46
DC#: ———
DOB:        SEYMOUR, GARY
Room#/Bed   W/M  DOB 07/28/1980
Institution:   RMC-T Dorm

DC4-701K (Revised 5/2/13)

**Position Code**
L = Left Side
R = Right Side
B = Back
S = Stomach
OOB = Out of Bed
NIR = Not in Room
C = Chair

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

Protected Health Information Subject to HIPAA Qualified Protective Order

**FLORIDA DEPARTMENT OF CORRECTIONS**

**24-HOUR PATIENT POSITIONING ACTIVITY SCHEDULE**

Date: 2/28/2

| Time | Position | Initials | Printed Name | Shift RN or designee |
|------|----------|----------|--------------|----------------------|
| 2400 | | | | |
| 0100 | | | | |
| 0200 | | | | |
| 0300 | | | | |
| 0400 | | | | |
| 0500 | | | | |
| 0600 | | | | |
| 0700 | | | | |
| 0800 | | | | |
| 0900 | | | | |
| 1000 | | | | |
| 1100 | | | | |
| 1200 | | | | |
| 1300 | | | | |
| 1400 | DCL | OB | | |
| 1500 | ONB | PB | POON3 | |
| 1600 | B | OB | | |
| 1700 | | | | |
| 1800 | | | | |
| 1900 | | | | |
| 2000 | self | ER | E Russell CNA | |
| 2100 | | | | |
| 2200 | self | ER | E Russell CNA | |
| 2300 | | | | |

**ANY CHANGE IN SKIN STATUS MUST BE REPORTED TO THE RN AND DOCUMENTED IN THE MEDICAL RECORD**

Inmate Name: _____

DC#: _____   Race: _____

DC: _____

Room#/Bed#: _____

Institution: _____

DC4-701K (Revised 5/2/13)

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

**Position Code**

L = Left Side
R = Right Side
B = Back
S = Stomach
OB = Out of Bed
NIR = Not in Room
C = Chair

Protected Health Information Subject to HIPAA Qualified Protective Order

DHA01190861

EXHIBIT. (C-1)

1.) Wound care orders

15.03.25.02 Appendix B
f   ed 11-2018

# FLORIDA DEPARTMENT OF CORRECTIONS
## IMPAIRED INMATE NURSE
## MOBILITY IMPAIRED INMATE MONTHLY SKIN ASSESSMENT CHECKLIST

**Skin Checks -** Skin checks are to be performed every 30 days or every 4 weeks on all wheelchair bound inmates, on inmates with prosthetics (upper and lower extremities) and inmates with permanent braces (back, neck, extremities).  Inmates at risk for skin breakdown (dx of diabetes, decreased fluid or food intake, hx of recurring skin breakdown, etc.) should be assessed more frequently. A DC4-804 *Braden Scale for Predicting Pressure Score Risk* is to be completed <u>at each skin check visit</u>.  For scores of less than or equal to 18, evidence of skin redness, or evidence of skin breakdown, the inmate is to be referred to the institution's Infection Control Nurse, Wound Care Nurse, DON, or clinician at this time for further assessment and treatment.

DATE: __02/24/2020__   Time __1138__

| 1. | Type of Device | | |
|---|---|---|---|
| | ☒ Wheelchair | ☐ Prosthetic: ☐ Arm → ☐ Left ☐ Right<br>☐ Leg → ☐ Left ☐ Right | ☐ Brace: ☐ Arm → ☐ Left ☐ Right:   ☐ Leg → ☐ Left ☐ Right<br>☐ Back   ☐ Cervical |

| 2. | Inmate with a wheelchair |
|---|---|
| | **Skin exam:**<br>a) ☒ Both elbows examined for redness and/or skin breakdown → ☒ No redness  ☐ Redness noted on ☐ Left ☐ Right<br>    ☐ Skin breakdown noted on ☐ Left ☐ Right<br>    ☐ Buttock area skin examined:<br>      ☐ 2 staff members assisted patient to stand at wheelchair   OR   ☒ Patient transferred to exam stretcher<br>    ☒ Patient's pants and underwear lowered to expose lower back, buttock, and bilateral hip areas → ☐ No redness<br>      ☒ Redness noted → location _Sacrum, protective dressing_<br>      ☐ Skin breakdown noted → location: _____<br>b. ☒ DC4-804 *Braden Scale for Predicting Pressure Score Risks* completed → Score __11__ |

| 3. | Inmate with prosthetic |
|---|---|
| | **Skin exam:**  N/A<br>☐ Prosthetic removed completely and skin examined for redness and/or skin breakdown → ☐ No redness  ☐ Redness noted<br>    ☐ Skin breakdown noted<br>☐ DC4-804 *Braden Scale for Predicting Pressure Score Risk* completed → Score: |

| 4. | Inmate with a permanent brace |
|---|---|
| | **Skin exam:**  N/A<br>☐ Brace removed completely and skin examined for redness and/or skin breakdown → ☐ No redness  ☐ Redness noted<br>    ☐ Skin breakdown noted<br>☐ DC4-804 *Braden Scale for Predicting Pressure Score Risks* completed → Score |

| 5. | Skin Assessment: |
|---|---|
| | ☐ Patient has been referred to the institution's Infection Control Nurse, Wound Care Nurse, DON, or clinician at this time for a Braden Scale score of 18 or less, evidence of skin redness, OR evidence of skin breakdown, for assessment and treatment. |

_____
Screener Signature and Date

_L Miles RN_  02/24/2020
Nurse Signature and Date

Ö-T77153  TM 46 02/19/14
SEYMOUR, GARY L.
W/M DOB 07/28/1980(39)

Ö-T77153  TM 46 02/19/14

15.03.25.02 Appendix B
Revised 11-2018

FLORIDA DEPARTMENT OF CORRECTIONS
IMPAIRED INMATE NURSE
MOBILITY IMPAIRED INMATE MONTHLY SKIN ASSESSMENT CHECKLIST

**Skin Checks** - Skin checks are to be performed every 30 days or every 4 weeks on all wheelchair bound inmates, on inmates with prosthetics (upper and lower extremities) and inmates with permanent braces (back, neck, extremities). Inmates at risk for skin breakdown (dx of diabetes, decreased fluid or food intake, hx of recurring skin breakdown, etc.) should be assessed more frequently. A DC4-804 *Braden Scale for Predicting Pressure Score Risk* is to be completed at each skin check visit. For scores of less than or equal to 18, evidence of skin redness, or evidence of skin breakdown, the inmate is to be referred to the institution's Infection Control Nurse, Wound Care Nurse, DON, or clinician at this time for further assessment and treatment.

DATE: OCT 0 2 2020       Time 0930

| 1. | Type of Device |
|----|---|

☐ Wheelchair   ☐ Prosthetic: ☐ Arm → ☐ Left ☐ Right     ☐ Brace: ☐ Arm → ☐ Left ☐ Right:   ☐ Leg → ☐ Left ☐ Right
                              ☐ Leg → ☐ Left ☐ Right              ☐ Back   ☐ Cervical

**2. Inmate with a wheelchair**

Skin exam:
☐ Both elbows examined for redness and/or skin breakdown ☒ No redness  ☐ Redness noted on ☐ Left ☐ Right
   ☐ Skin breakdown noted on ☐ Left ☐ Right
☐ Buttock area skin examined:
   ☐ 2 staff members assisted patient to stand at wheelchair   OR ☒ patient transferred to exam stretcher
   ☐ Patient's pants and underwear lowered to expose lower back, buttock, and bilateral hip areas → ☐ No redness
   ☐ Redness noted → location _____
   ☐ Skin breakdown noted → location: Coccyx  N/D diminished post exam
b. ☐ DC4-804 *Braden Scale for Predicting Pressure Score Risks* completed → Score   18

**3. Inmate with prosthetic**

Skin exam:
☐ Prosthetic removed completely and skin examined for redness and/or skin breakdown → ☐ No redness  ☐ Redness noted
   ☐ Skin breakdown noted
☐ DC4-804 *Braden Scale for Predicting Pressure Score Risk* completed → Score:

**4. Inmate with a permanent brace**

Skin exam:
☐ Brace removed completely and skin examined for redness and/or skin breakdown → ☐ No redness  ☐ Redness noted
   ☐ Skin breakdown noted
   ☐ DC4-804 *Braden Scale for Predicting Pressure Score Risks* completed → Score

**5. Skin Assessment:**
☐ Patient has been referred to the institution's Infection Control Nurse, Wound Care Nurse, DON, or clinician at this time for a Braden Scale score of 18 or less, evidence of skin redness, or evidence of skin breakdown, for assessment and treatment.

Screener Signature and Date _____ 10/2/20          Nurse Signature and Date _____ 10/2/20

INMATE NAME: Neuman Gary
DC#: T77153 RACE: W SEX: M
DATE OF BIRTH: 7-29-80
INSTITUTION: ITB

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS

TREATMENT RECORD (MAR)

PCN,CODEINE,LATEX,DEMEROL,
TIGAN,TORADOL,ZOPRAN,REGLAN,
MOTRIN,VANCOMYCIN,CLINADYEIN,
BARIUM,IODINE,COMPAZINE,IVP
DYE,TB SERUM

Code: 1 = Refused        4 = Medication Out of Stock
2 = Security Lockdown    5 = Awaiting Arrival from
3 = Medication Held          Pharmacy

Month/Year: Jan/2019

| Medicine/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duoderm to social area 3x week X 30 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|---|

* Required comment on back Page _____ of _____

6177153  TM 46    01/16/2019
SEYMOUR, GARY
W/M DOB
RMC JDORM

DC4-708A (Revised 12/22/11) Page 1 of 2

# WOUNDCARE

Month/Year: 2/2020

Medication: TX

**A - ADVANCEMENT OF CORRECTIONS**

**IND 1 -**

**DEPARTMENT OF CORRECTIONS**

**MEDICATION ADMINISTRATION RECORD (MAR)**

Allergies:
CODEINE, LATEX, DEMEROL, TIGAN, TORADOL, ZOPRAN, REGLAN, MOTRIN, VANCOMYCIN, CLINADYEIN, BARIUM, IODINE, COMPAZINE, IVP DYE, TB SERUM

Codes: 1 = Refused
2 = Lockdown
3 = Medication Held

4 = Medication Out of Stock
5 = Awaiting Antiviral dose
6 = Pharmacy
6 = Other

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duoderm<br>to coccyx | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 5N | | | |
| SG 3d x 3d | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 5N | | | |
| clean c NSS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Surgical wound care c NSS + Bacitracin to NS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | TKW | | | NW |

**Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials**

SEYMOUR, GARY L.
W/M DOB 07/28/1980 (39)
0-T77153 TM 46 02/19/14

Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-701LA (Revised 10/22/17)

DHA01190899

EXHIBIT (D)

1.) Braden Scales

DEN SCALE FOR PREDICTING PRESSURE SORE RISI

| | 1. Completely Limited | 2. Very Limited | 3. Slightly Limited | 4. No Impairment | Date | JUL 0 9 2020 | | |
|---|---|---|---|---|---|---|---|---|
| **SENSORY PERCEPTION** ability to respond meaningfully to pressure-related discomfort | Unresponsive (does not moan, flinch, or grasp) to painful stimuli, due to diminished level of consciousness or sedation OR limited ability to feel pain over most of body. | Responds only to painful stimuli. Cannot communicate discomfort except by moaning or restlessness OR has a sensory impairment which limits the ability to feel pain or discomfort over 1/2 of the body. | Responds to verbal commands, but cannot always communicate discomfort or the need to be turned OR has some sensory impairment which limits ability to feel pain or discomfort in 1 or 2 extremities. | Responds to verbal commands. Has no sensory deficit which would limit ability to feel or voice pain or discomfort. | | 3 | / | |
| **MOISTURE** degree to which skin is exposed to moisture | 1. Constantly Moist Skin is kept moist almost constantly by perspiration, urine etc. Dampness is detected every time patient is moved or turned | 2. Very Moist Skin is often, but not always moist. Linen must be changed at least once a shift. | 3. Occasionally Moist Skin is occasionally moist, requiring a extra linen change approximately once a day. | 4. Rarely Moist Skin is usually dry, linen only requires changing at routine intervals. | | 3 | / | |
| **ACTIVITY** degree of physical activity | 1. Bedfast Confined to bed. | 2. Chairfast Ability to walk severely limited or non-existent. Cannot bear own weight and/or must be assisted into chair or wheelchair. | 3. Walks Occasionally Walks occasionally during day, but for very short distances, with or without assistance. Spends majority of each shift in bed or chair. | 4. Walks Frequently Walks outside room at least twice a day and inside room at least once every two hours during waking hours. | | 2 | / | |
| **MOBILITY** ability to change and control body position | 1. Completely Immobile Does not make even slight changes in body or extremity position without assistance. | 2. Very Limited Makes occasional slight changes in body or extremity position but unable to make frequent or significant changes independently. | 3. Slightly Limited Makes frequent though slight changes in body or extremity position independently. | 4. No Limitation Makes major and frequent changes in position without assistance. | | 2 | / | |
| **NUTRITION** Usual food intake pattern | 1. Very Poor Never eats a complete meal. Rarely eats more than 1/3 of any food offered. Eats 2 servings or less of protein (meat or dairy products) per day. Takes fluids poorly. Does not take a liquid dietary supplement OR is NPO and /or maintained on clear liquids or IV's for more than 5 days. | 2. Probably Inadequate Rarely eats a complete meal and generally eats only about 1/2 of any food offered. Protein intake includes only 3 servings of meat or dairy products per day. Occasionally will take a dietary supplement OR receives less than optimum amount of liquid diet or tube feeding.© | 3. Adequate Eats over half of most meals. Eats a total of 4 servings of protein (meat, dairy products per day). Occasionally will refuse a meal, but will usually take a supplement when offered OR is on a tube feeding or TPN regimen which probably meets most of nutritional needs. | 4. Excellent Eats most of every meal. Never refuses a meal. Usually eats a total of 4 or more servings of meat and dairy products. Occasionally eats between meals. Does not require supplementation. | | 3 | / | |
| **FRICTION & SHEAR** | 1. Problem Requires moderate to maximum assistance in moving. Complete lifting without sliding against sheets is impossible. Frequently slides down in bed or chair | 2. Potential Problem Moves feebly or requires minimum assistance. During a move skin probably slides to some extent against sheet, chair, restraints, or other devices. Maintains relatively good position in chair or bed most of the time but occasionally slides down. | 3. No Apparent Problem Moves in bed and in chair independently and has sufficient muscle strength to lift up completely during move. Maintains good position in bed or chair. | | | 2 | / | |

A. LANE LPN II
NWFRC

| Signature | Initials | Signature | Initials | Total Score and Nurse's Initials |
|---|---|---|---|---|
| | | | | |

Chart to Clinician

Seymour, Gary
DC # T77153  W/M
DOB 7/28/1980

DC4-504 (Revised 3/14/17)
Score: 15-18 AT RISK; 13-14 MODERATE RISK; 10-12 HIGH RISK; LESS THAN OR EQUAL TO 9 VERY HIGH RISK       www.bradenscale.com © Copyright Barbara Braden and Nancy Bergstrom, 1988. All right reserved. Reprinted with permission.

EN SCALE FOR PREDIC.... PRESSURE SORE RISK

3/3/20

| | | | | | Del | | |
|---|---|---|---|---|---|---|---|
| **SENSORY PERCEPTION** ability to respond meaningfully to pressure-related discomfort | **1. Completely Limited** Unresponsive (does not moan, flinch, or grasp) to painful stimuli, due to diminished level of consciousness or sedation **OR** limited ability to feel pain over most of body. | **2. Very Limited** Responds only to painful stimuli. Cannot communicate discomfort except by moaning or restlessness **OR** has a sensory impairment which limits the ability to feel pain or discomfort over 1/2 of the body. | **3. Slightly Limited** Responds to verbal commands, but cannot always communicate discomfort or the need to be turned **OR** has some sensory impairment which limits ability to feel pain or discomfort in 1 or 2 extremities. | **4. No Impairment** Responds to verbal commands. Has no sensory deficit which would limit ability to feel or voice pain or discomfort. | 2 | | |
| **MOISTURE** degree to which skin is exposed to moisture | **1. Constantly Moist** Skin is kept moist almost constantly by perspiration, urine etc. Dampness is detected every time patient is moved or turned | **2. Very Moist** Skin is often, but not always moist. Linen must be changed at least once a shift. | **3. Occasionally Moist** Skin is occasionally moist, requiring a extra linen change approximately once a day. | **4. Rarely Moist** Skin is usually dry, linen only requires changing at routine intervals. | 3 | | |
| **ACTIVITY** degree of physical activity | **1. Bedfast** Confined to bed. | **2. Chairfast** Ability to walk severely limited or non-existent. Cannot bear own weight and/or must be assisted into chair or wheelchair. | **3. Walks Occasionally** Walks occasionally during day, but for very short distances, with or without assistance. Spends majority of each shift in bed or chair. | **4. Walks Frequently** Walks outside room at least twice a day and inside room at least once every two hours during waking hours. | 2 | | |
| **MOBILITY** ability to change and control body position | **1. Completely Immobile** Does not make even slight changes in body or extremity position without assistance. | **2. Very Limited** Makes occasional slight changes in body or extremity position but unable to make frequent or significant changes independently. | **3. Slightly Limited** Makes frequent though slight changes in body or extremity position independently. | **4. No Limitation** Makes major and frequent changes in position without assistance. | 3 | | |
| **NUTRITION** Usual food intake pattern | **1. Very Poor** Never eats a complete meal. Rarely eats more than 1/3 of any food offered. Eats 2 servings or less of protein (meat or dairy products) per day. Takes fluids poorly. Does not take a liquid dietary supplement **OR** is NPO and /or maintained on clear liquids or IV's for more than 5 days. | **2. Probably Inadequate** Rarely eats a complete meal and generally eats only about 1/2 of any food offered. Protein intake includes only 3 servings of meat or dairy products per day. Occasionally will take a dietary supplement **OR** receives less than optimum amount of liquid diet or tube feeding.© | **3. Adequate** Eats over half of most meals. Eats a total of 4 servings of protein (meat, dairy products per day). Occasionally will refuse a meal, but will usually take a supplement when offered **OR** is on a tube feeding or TPN regimen which probably meets most of nutritional needs. | **4. Excellent** Eats most of every meal. Never refuses a meal. Usually eats a total of 4 or more servings of meat and dairy products. Occasionally eats between meals. Does not require supplementation. | 3 | | |
| **FRICTION & SHEAR** | **1. Problem** Requires moderate to maximum assistance in moving. Complete lifting without sliding against sheets is impossible. Frequently slides down in bed or chair | **2. Potential Problem** Moves feebly or requires minimum assistance. During a move skin probably slides to some extent against sheet, shear, restraints, or other devices. Maintains relatively good position in chair or bed most of the time but occasionally slides down. | **3. No Apparent Problem** Moves in bed and in chair independently and has sufficient muscle strength to lift up completely during move. Maintains good position in bed or chair. | | 2 | | |
| | | | | **Total Score and Nurse's Initials** | 15 | | |

| Signature | Initials | Signature | Initials |
|---|---|---|---|
| M Snipes RN | MS | | |

M. Snipes
RN
RMC

T77153    TM 46
SEYMOUR, GARY
W/M  DOB 07/28/1980
RMC J-Dorm

MS

DC4-604 (Revised 3/14/17)
Score: 15-18 AT RISK; 13-14 MODERATE RISK; 10-12 HIGH RISK; LESS THAN OR EQUAL TO 9 VERY HIGH RISK

www.bradenscale.com © Copyright Barbara Braden and Nancy Bergstrom, 1988. All right reserved. Reprinted with permission.

3/4/20

## BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK

| | 1 | 2 | 3 | 4 | Date | | |
|---|---|---|---|---|---|---|---|
| **SENSORY PERCEPTION** ability to respond meaningfully to pressure-related discomfort | **1. Completely Limited** Unresponsive (does not moan, flinch, or grasp) to painful stimuli, due to diminished level of consciousness or sedation **OR** limited ability to feel pain over most of body. | **2. Very Limited** Responds only to painful stimuli. Cannot communicate discomfort except by moaning or restlessness **OR** has a sensory impairment which limits the ability to feel pain or discomfort over 1/2 of the body. | **3. Slightly Limited** Responds to verbal commands, but cannot always communicate discomfort or the need to be turned **OR** has some sensory impairment which limits ability to feel pain or discomfort in 1 or 2 extremities. | **4. No Impairment** Responds to verbal commands. Has no sensory deficit which would limit ability to feel or voice pain or discomfort. | 3 | | |
| **MOISTURE** degree to which skin is exposed to moisture | **1. Constantly Moist** Skin is kept moist almost constantly by perspiration, urine etc. Dampness is detected every time patient is moved or turned. | **2. Very Moist** Skin is often, but not always moist. Linen must be changed at least once a shift. | **3. Occasionally Moist** Skin is occasionally moist, requiring a extra linen change approximately once a day. | **4. Rarely Moist** Skin is usually dry, linen only requires changing at routine intervals. | 4 | | |
| **ACTIVITY** degree of physical activity | **1. Bedfast** Confined to bed. | **2. Chairfast** Ability to walk severely limited or non-existent. Cannot bear own weight and/or must be assisted into chair or wheelchair. | **3. Walks Occasionally** Walks occasionally during day, but for very short distances, with or without assistance. Spends majority of each shift in bed or chair. | **4. Walks Frequently** Walks outside room at least twice a day and inside room at least once every two hours during waking hours. | 2 | | |
| **MOBILITY** ability to change and control body position | **1. Completely Immobile** Does not make even slight changes in body or extremity position without assistance. | **2. Very Limited** Makes occasional slight changes in body or extremity position but unable to make frequent or significant changes independently. | **3. Slightly Limited** Makes frequent though slight changes in body or extremity position independently. | **4. No Limitation** Makes major and frequent changes in position without assistance. | 2 | | |
| **NUTRITION** Usual food intake pattern | **1. Very Poor** Never eats a complete meal. Rarely eats more than 1/3 of any food offered. Eats 2 servings or less of protein (meat or dairy products) per day. Takes fluids poorly. Does not take a liquid dietary supplement **OR** is NPO and /or maintained on clear liquids or IV's for more than 5 days. | **2. Probably Inadequate** Rarely eats a complete meal and generally eats only about 1/2 of any food offered. Protein intake includes only 3 servings of meat or dairy products per day. Occasionally will take a dietary supplement **OR** receives less than optimum amount of liquid diet or tube feeding.® | **3. Adequate** Eats over half of most meals. Eats a total of 4 servings of protein (meat, dairy products per day). Occasionally will refuse a meal, but will usually take a supplement when offered **OR** is on a tube feeding or TPN regimen which probably meets most of nutritional needs. | **4. Excellent** Eats most of every meal. Never refuses a meal. Usually eats a total of 4 or more servings of meat and dairy products. Occasionally eats between meals. Does not require supplementation. | 2 | | |
| **FRICTION & SHEAR** | **1. Problem** Requires moderate to maximum assistance in moving. Complete lifting without sliding against sheets is impossible. Frequently slides down in bed or chair | **2. Potential Problem** Moves feebly or requires minimum assistance. During a move skin probably slides to some extent against sheets, chair, restraints, or other devices. Maintains relatively good position in chair or bed most of the time but occasionally slides down. | **3. No Apparent Problem** Moves in bed and in chair independently and has sufficient muscle strength to lift up completely during move. Maintains good position in bed or chair. | | 2 | | |
| | | | | Total Score and Nurse's Initials | 15 | | |
| | | | | | MS | | |

| Signature | Initials | Signature | Initials |
|---|---|---|---|
| NSnipes | MS | | |

M. Snipes
RN
RMC

T77153   TM 46
SEYMOUR, GARY
W/M  DOB 07/28/1980
RMC J-Dorm

DC4-804 (Revised 3/14/17)
Score: 15-18 AT RISK; 13-14 MODERATE RISK; 10-12 HIGH RISK; LESS THAN OR EQUAL TO 9 VERY HIGH RISK

www.bradenscale.com © Copyright Barbara Braden and Nancy Bergstrom, 1988. All right reserved. Reprinted with permission.

BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK

3/7/20

| | | | | | |
|---|---|---|---|---|---|
| **SENSORY PERCEPTION** ability to respond meaningfully to pressure-related discomfort | **1. Completely Limited** Unresponsive (does not moan, flinch, or grasp) to painful stimuli, due to diminished level of consciousness or sedation OR limited ability to feel pain over most of body. | **2. Very Limited** Responds only to painful stimuli. Cannot communicate discomfort except by moaning or restlessness OR has a sensory impairment which limits the ability to feel pain or discomfort over 1/2 of the body. | **3. Slightly Limited** Responds to verbal commands, but cannot always communicate discomfort or the need to be turned OR has some sensory impairment which limits ability to feel pain or discomfort in 1 or 2 extremities. | **4. No Impairment** Responds to verbal commands. Has no sensory deficit which would limit ability to feel or voice pain or discomfort. | 2 |
| **MOISTURE** degree to which skin is exposed to moisture | **1. Constantly Moist** Skin is kept moist almost constantly by perspiration, urine etc. Dampness is detected every time patient is moved or turned | **2. Very Moist** Skin is often, but not always moist. Linen must be changed at least once a shift. | **3. Occasionally Moist** Skin is occasionally moist, requiring a extra linen change approximately once a day. | **4. Rarely Moist** Skin is usually dry, linen only requires changing at routine intervals. | 3 |
| **ACTIVITY** degree of physical activity | **1. Bedfast** Confined to bed. | **2. Chairfast** Ability to walk severely limited or non-existent. Cannot bear own weight and/or must be assisted into chair or wheelchair. | **3. Walks Occasionally** Walks occasionally during day, but for very short distances, with or without assistance. Spends majority of each shift in bed or chair. | **4. Walks Frequently** Walks outside room at least twice a day and inside room at least once every two hours during waking hours. | 2 |
| **MOBILITY** ability to change and control body position | **1. Completely Immobile** Does not make even slight changes in body or extremity position without assistance. | **2. Very Limited** Makes occasional slight changes in body or extremity position but unable to make frequent or significant changes independently. | **3. Slightly Limited** Makes frequent though slight changes in body or extremity position independently. | **4. No Limitation** Makes major and frequent changes in position without assistance. | 3 |
| **NUTRITION** Usual food intake pattern | **1. Very Poor** Never eats a complete meal. Rarely eats more than 1/3 of any food offered. Eats 2 servings or less of protein (meat or dairy products) per day. Takes fluids poorly. Does not take a liquid dietary supplement OR is NPO and /or maintained on clear liquids or IV's for more than 5 days. | **2. Probably Inadequate** Rarely eats a complete meal and generally eats only about 1/2 of any food offered. Protein intake includes only 3 servings of meat or dairy products per day. Occasionally will take a dietary supplement OR receives less than optimum amount of liquid diet or tube feeding.© | **3. Adequate** Eats over half of most meals. Eats a total of 4 servings of protein (meat, dairy products per day). Occasionally will refuse a meal, but will usually take a supplement when offered OR is on a tube feeding or TPN regimen which probably meets most of nutritional needs. | **4. Excellent** Eats most of every meal. Never refuses a meal. Usually eats a total of 4 or more servings of meat and dairy products. Occasionally eats between meals. Does not require supplementation. | 3 |
| **FRICTION & SHEAR** | **1. Problem** Requires moderate to maximum assistance in moving. Complete lifting without sliding against sheets is impossible. Frequently slides down in bed or chair | **2. Potential Problem** Moves feebly or requires minimum assistance. During a move skin probably slides to some extent against sheet, shear, restraints, or other devices. Maintains relatively good position in chair or bed most of the time but occasionally slides down. | **3. No Apparent Problem** Moves in bed and in chair independently and has sufficient muscle strength to lift up completely during move. Maintains good position in bed or chair. | | 2 |
| | | | | **Total Score and Nurse's Initials** | 15 |

| Signature | Initials | Signature | Initials | |
|---|---|---|---|---|
| M. Shipes RN | MS | M. Shipes RN | | MS |

T77153      TM 46
SEYMOUR, GARY
W/M   DOB 07/28/1980
RMC J-Dorm

DC4-804 (Revised 3/14/17)
Score: 15-18 AT RISK; 13-14 MODERATE RISK; 10-12 HIGH RISK; LESS THAN OR EQUAL TO 9 VERY HIGH RISK

www.bradenscale.com © Copyright Barbara Braden and Nancy Bergstrom, 1988. All right reserved. Reprinted with permission.

EXHIBIT ; E

1) Doctors order for pediatric diapers
   century c.I

LEGAL MAIL

2) Sick-cells, requesting smaller
   Diaper(

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: 106 | Date: 4/6/20 | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name: T77153   TM 46 |
|---|---|---|---|---|

List Allergies H
PCN, CODEINE, LATEX, DEMEROL,
TIGAN, TORADOL, ZOFRAN, REGLAN,
MOTRIN, VANCOMYCIN,
CLINDAMYCIN, BARIUM IODINE,
COMPAZINE, IVP DYE, TUBERSOL

DC#_____
Dorm   W/M DOB 07/28/1980
Diagnosis:_____

Initial Each Order as Transcribed

STAT

Unread alletmul to give 1 insulin c line
Pto tube

S. SZALAI ARNP-BC
CENTURY CI                4/7/20

| Date/Time Noted: 4/5/20 | Nurse Signature/Stamp: P. Yancey RN Century CI | Clinician Signature/Stamp: SZalai NP | Date/Time: |
|---|---|---|---|

DC4-714B (Revised 11/7/17)       Distribution: White Original—Pharmacy   Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: 106 | Date: 4/14/20 | Time: 1403 | ☐ Inpatient ☑ Outpatient | Inmate Name: Seymour, Gary |
|---|---|---|---|---|

List Allergies Here
PCN, codeine, Latex, demerol, tigan
Torodol, zofran, Reglan, Motrin, Vancomycin
clindamycin, barium, iodine, compazine
IVP dye, Tubersol

DC# T77153
Dorm_____
Diagnosis:_____

STAT

Clean G-tube c̄ NS + apply dry dressing Qday X 60 days

Small adult or large pediatric diaper 3/day PRN X 90 days

| Date/Time Noted: 4/14/20 | Nurse Signature/Stamp: S. Kitt RN Century CI | Clinician Signature/Stamp: Witter MD 4/14/20 | Date/Time: 1403 Century CI |
|---|---|---|---|

DC4-714B (Revised 11/7/17)       Distribution: White Original—Pharmacy   Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: 106 | Date: 4/14/20 | Time: 1403 | ☐ Inpatient ☑ Outpatient | Inmate Name: Seymour, Gary |
|---|---|---|---|---|

List Allergies Here
PCN, codeine, Latex, demerol, tigan
Torodol, Reglan, Zofran, motrin, Vancomycin
clindamycin, barium, iodine, compazine
IVP dye, Tubersol

DC# T77153
Dorm_____
Diagnosis:_____

STAT

Lactulose 15ml po Qday PRN X 90 days

Keppra 500 mg PO BID

Jevity 1.5 240ml bolus QID X 60 days

Flush G-tube c̄ 100ml H₂O Q shift X 60 days

| Date/Time Noted: 4/14/20 | Nurse Signature/Stamp: S. Kitt RN Century CI | Clinician Signature/Stamp: Witt MD 4/14/20 | Date/Time: 1403 |
|---|---|---|---|

F. Witter MD
Century CI

DC4-714B (Revised 11/7/17)       Distribution: White Original—Pharmacy   Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.


(1)

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 12/7/14                                Time: 04:00 or about

Inmate Name: GARY Seymour                    DC#: T77153

Housing assignment: K-2-139-S

Job assignment: House man

Problem:

☐   Pass/pass renewal

☐   Medication renewal                       PRIORITY LEVEL
                                             1. PRIORITY LEVEL
☐   Need information (explain):              2. URGENT
                                             3. ROUTINE
☐   Mental Health
                                                     Scheduled
☐   Dental                                           for clinician

☑   Medical (explain): need youth tape on Diapers ordered, Bowel Incontenit & wheelchair Bound T-12, L-1 Spinal injury Li__. NO Pull-ups canhot use, I never stated the Huggies I was receiving, did not fit, I Proved this By showing Mr. HArd, mrs. vArd, they fit By showing them when i HAd one on, I do not WAnt them For the Pic. on the Package As ya'll think, TAke them out Put them in A clear BAg whatever, But need A youth tape on regardless, NO PUII-Up's

When did problem/symptoms start? when i came to Gulf c.I-Annex & Starting to have Corizon, Administrating health care.

Inmate Name GARy Seymour
DC# T77153                           Race/Sex M/ho
Date of Birth ████████
Institution Gulf c.I-Annex

Distribution:  Original—Nursing Supervisor
Pick—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
## INMATE SICK-CALL REQUEST

Date: 10/25/19                          Time: _____

Inmate Name: Seymour, Gary          DC#: 77157

Housing assignment: E2-103          E2-1085

Job assignment: Medical

Problem:                            Date/Time: 10/28/19 0702
                                    Sick Call Triage
                                    Circle One:
☐   Pass/pass renewal                   Emergent (immediate)
                                    ②  Urgent (within 24 hrs)
☑   Medication renewal                  Routine (within 7 days)

☐   Need information (explain): _____    B. Blocker RN
                                                    NWFRC, RN
☐   Mental Health

☐   Dental

☑   Medical (explain): During my clinic ms. Bottked neglected to
refill my Lipitor, Aspirin 81mg, nitro 0.4mg, Macalox.
also I am still having Bad leg Spasms causing me pain
in my back, Also the Incontinence Supplies size Small
are SMll to big I need Size Youth or youth/Small.
_____

I will seak Federal Injunction/court order if
necessary
When did problem/symptoms start? When I cam to Doc
_____
_____
_____

Inmate Name Seymour, George
DC# 77157          Race/Sex W/M
Date of Birth 02/28/60
Institution 110

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services
Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: 9-14-19                         Time: _____

Inmate Name: Seymour, Gary           DC#: T77153

Housing assignment: E2-1035v

Job assignment: Medical

Problem:

☐   Pass/pass renewal

☐   Medication renewal                9/15/19
                                      1803
☐   Need information (explain): _____  #2

☐   Mental Health

☐   Dental

☑   Medical (explain): I am having spasms in my legs and is causing back-pain, I was taking Robaxin however they don't have it here so I would like to get Baroplen which is perscribed here. Also, I was measured by Dr. Lapate, cho and was 18" around and require smaller Diapers, the Diapers size small are for 22"-36" and they leah and can cause sores.

_____

When did problem/symptoms start? When I came to Washington C.I

_____

_____

_____

Inmate Name Seymour, Gary                  Distribution:  Original—Nursing Supervisor
DC# T77153              Race/Sex W/m            Pink—Inmate (special housing only-otherwise
Date of Birth 07/28/80                              destroy copy)
Institution wash. C.I- M/m              This form is not to be amended, revised, or altered
                                        without approval by the Office Health Services-
                                        Administration

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: _10-1-19_                          Time: _____

Inmate Name: _Seymour, Gary_         DC#: _T77153_

Housing assignment: _E2-103 2_

Job assignment: _Medical_                Date/Time: _____
                                         Sick Call Triage
Problem:                                 Circle One:
                                         1  Emergent (Immediate)
☐   Pass/pass renewal                    2  Urgent (within 24 hrs)
                                         3  Routine (within 7 days)
☐   Medication renewal                          L. COOK, RN, DON
                                                    NWFRC
☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): _1) coughing, sore throat; 2) spasms in legs_
_causing pain in Back; 3) Diapers are to large and leak was_
_measured by Dr. Lopez and came out to be 18" around._

_____

_____

When did problem/symptoms start? _When I came to Doc_

_____

Inmate Name _Seymour, Gary_

DC# _T77153_          Race/Sex _W/m_

Date of Birth _07/28/80_

Institution _Washington C.I. - m/la_

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 6/25/20                     Time: _____

Inmate Name: Seymour, Gary        DC#: T77153

Housing assignment: F1—140

Job assignment: N/A

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☒   Medical (explain): All following issues are chronic! I have not had any oral food for at least (6) days can't swallow it. I need to be placed back on my Tube feedings. Also, the small diaper & cambries provided are too large I require youth or smaller. I have sores due to the diapers I'm too small being too large. And I need my wheelchair (16") be replaced as the back is torn and it unsafe.

_____

_____

When did problem/symptoms start? chronic issues

_____

_____

_____

_____

*Received by Medical*
*JUN 29 2020*

Date/Time: 10/9/20 1720
Sick Call Triage
Circle One:
1    Emergent (immediate)
2    Urgent (within 24 hrs)
③    Routine (within 7 days)

M. West RN
NWFRC

---

Inmate Name Seymour, Gary
DC# T77153          Race/Sex W/M
Date of Birth 07/29/60
Institution Washington C.I./annex unit

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

FLORIDA DEPARTMENT OF CORRECTION
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: 7/19/20                    Time: _____

Inmate Name: Seymour, Gary        DC#: T77153

Housing assignment: D1-142        Job assignment: H/m

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☑No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)   ☐Yes ☑No
If so, why: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☑   Problem with ADA/Disability equipment or supplies (explain the problem): need new
wheelchair mine is unsafe. Also diapers to big causing redness and periodic sores,
Denial of Accommodation constitutes discrimination under Title II of the ADA and
☐   Mental Health    § 504 Rehabilitation Act.

☐   Dental

☑   Medical (explain): I also need my hearing Aids replaced as when
they packed my property they lost them. I had bi-lateral hearing
aids and have a valid pass for such.

When did problem/symptoms start? _____

_____

| To be completed by Triage Nurse: | M. West RN | | |
|---|---|---|---|
| Triaged by: (Print name and licensure) | NWFRC | on (Date) | 7/20/20 |
| Assigned Triage Level: ☑ Routine | ☐ Urgent | ☐ Emergent | K. McCormick |
| Date patient assessed by nurse: 7/21/20 | Signature/Stamp of Nurse Completing Sick Call: K/m LPN | | |

Inmate Name Seymour, Gary                    Distribution: Original—Nursing Supervisor NWFRC
DC# T77153            Race/Sex W/m            Pink—Inmate (special housing only-otherwise
Date of Birth 07/28/80                                    destroy copy)
Institution NWFRC - m/la            This form is not to be amended, revised, or altered
                                    without approval of the Chief of Health Services
                                    Administration.

EXHIBIT: F

1) various medical records
Showing had pediatric diapers

2) various medical records
Showing that requesting smaller
diapers.

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: / DATE/TIME | ALLERGIES: Penicillin, Codeine, Latex, Demerol, Tigan, Toradol, Zopran, Reglan, Motrin, IVP Dye Vancomycin, Clindamycin, Barium, Iodine, Compazine, TB serum |
|---|---|

**8/14/14 1100** (NN) *Chart flushed of Secs of Heparin / Secs of difficulty* #Imp patient tolerated well *w/o difficulty*

T. Knowles, LPN
Gulf CI/Annex

**9/4/14 1100** (NN) Actual Weight of Inmate Patient is 138#

Knowles, LPN
Gulf CI/Annex

**9/4/14 1300** (NN) DISCUSSED NEW ASSIGNMENT OF IMPAIRED INMATE ASSISTANTS.
SKIN & WHEELCHAIR ASSESSMENT COMPLETED. NO SKIN BREAKDOWNS OBSERVED. W/C IN GOOD WORKING ORDER. *Fair condition, need leg rest repaired. Schedule for w/c repair.*

T. SUBER, LPN
GULF CI/ANNEX

**9/4/14 0850** (NN) Port flushed c 10u/n SL 5cc Hip Plus. No difficulties. Good blood return noted. Can tolerate procedure well. Weighed on w/c scale, total wgt 176, chair wgt 42#. pm wgt (138#)

K. MAGNUCA, RN
GULF CI/ANNEX

**9/15/14 1455** (NN) Pts property was searched and I/U still had 36 Huggie Diapers, 3 unopened packs of youth diapers, PPK of opened youth diapers, and 0 wipes. Chart to clinician for review. *See DC4-112F*

J. SUBER, LPN
GULF CI/ANNEX

| | |
|---|---|
| Inmate Name Seymour, Thomas | S- Subjective Data |
| DC# TN9152   Received | O- Objective Data |
| Date of Birth ████ | A- Assessment of S and O Data |
| Institution GCIX | P- Plan |
| | E- Education |

**FLORIDA DEPARTMENT OF CORRECTIONS**

Record of Health Care

**ALLERGIES:** Penicillin, Codeine, Latex, Demerol, Tigan, Toradol, Zopran, Reglan, Motrin, IVP Dye Vancomycin, Clindamycin, Barium, Iodine, Compazine, TB serum

Allergies:

DATE/TI

WEST FLORIDA RECEPTION CENTER

| DATE/TI | |
|---|---|
| 1/29/15 1530 | ~~[inactive records received at NWFRC / Records include Medical / Dental / Psychological / Inactive records received: V ☑ N J # of Volumes 01 / Medical staff: JJackson]~~ J Jackson Admin. Assistant NWFRC |
| 1/30/15 0920 | ADA review. Pass for extra pillow X 1 yr.   C Davis ARNP  C. DAVIS ARNP NWFRC  Noted ☐ ☐ ☐ B Cooley ☐ 1 30 15 09:20 |
| 2/2/15 0915 | S: I/M seen for sick call requesting renewal of passes. O: A + O x 4 Hx paraplegia, epilepsy, emphysema, illioconduit, pacemaker, med pass, hx pressure sores on coccyx & (L) buttock. A: Pass renewals: 1) low bunk 2) w/c cushion supplies: 1) Diapers (XXSM) 2) wipes 3) skin prep 4) 2000cc drainage bag 5) Chucks 6) ostomy belt 7) special spoon to eat 8) Adhesive remover 9) ostomy / wafers / bags: 1¾" 45mm 10) I/M asst needed P: Chart to provider for renewal of passes.  R White RN NWFRC |

Inm: Seymour, Gary
DC# T77153  W/M
Date
Insti: NWFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

ALLERGIES: Penicillin, Codeine,
Latex, Demerol, Tigan, Toradol,
Zophran, Reglan, Motrin, IVP Dye
Vancomycin, Clindamycin, Barium,
Iodine, Compazine, TB serum

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| DATE/TIME | NORTHWEST FLORIDA RECEPTION CENTER |
|---|---|
| 2-19-15 | CHO/CA CLINIC |

wt Unable  978  71        Flu: Eval Colostomy Site

R 20      121/71

Hx: prostate (removed)
bladder (removed)
3/4 stomach
3/4 color
20 ft of bowel restriction
Hx: bowel obstruction
Hx: colostomy
Hx: spine
w/c c paralysis

- Diapers Huggies / Pampers / Luvs size 5-6
- Requests 4000 Cal diet X900 - done
- Requests special spoon - build up spoon -
  (R) hand - need to order.
- Pass X1 yr for wipes, underpads, w/c,
  w/c cushion, extra mattress, low bunk,
  no rec
- Request to shower anytime - denied
- Request for multi prods boots - denied -
  DM c ambulate.
- Schedule monthly sg, Don't flushes
  to (R) side of chest (enc)
- Need to order urostomy supplies -
  45 mm / 1 3/4 inch wafers + bags c
  valve
- Rx for muscle rub - see POS
- Need to fill Dilantin Rx - current to ph.
- Appt 2/23/15 needs to be for
  NC - Ø flu appt (enc)
- Aot - after restarting Dilantin draw
  level in 4 wks, repeat UA after
  new bag is placed (enc)
- Forward chart to Ms. Crouse
  for ordering supplies. — C. Davis
                                        ARNP
                                        NWFRC

Will order all of this during this issue period c paper to person

Seymour, Gary
T77153  W/M
07/28/1980

Sex _____

_____

_____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

ALLERGIES: Penicillin, Codeine, Latex, Demerol, Tigan, Toradol, Zopran, Reglan, Motrin, IVP Dye, Vancomycin, Clindamycin, Barium, Iodine, Compazine, TB serum

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| DATE/TIME | NORTHWEST FLORIDA RECEPTION CENTER |
|---|---|
| 3/12/15 0500 | NN: LAB DRAWN FOR UA + Dilantin  ORDER DATE: 2/19    A. Turrisi, LPN  NWFRC  PCT |
| 3/16/15 0830 | NN: SEEN IN CIC   NC-Seizures (Passes)  Initial CC |
| 3/16/15 0830 | CHO/CA CLINIC   FU:) Colostomy site eval.  BP: 112/78  p: 80  R: 20  T: 97.0  WT: unable LBS   See CIC note.  C. Davis ARNP    C. DAVIS ARNP NWFRC   3/16/15  J. Thang, LPN NWFRC |
| 3/22/15 1320 | "Im to Supply window stated that "hey ms Rodriguez, I also have a pass for diapers + I just need to get the pass from KOP window instructed I/M to get pass then come back for diapers. I/M never returned to window   J. RODRIGUEZ SLPN NWFRC |

Inmate Name: Seymour, Cory
DC#: T77150   Race/Sex: W/M
Date of Birth: _____
Institution: NWFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

PCN, CODEINE, LATEX, DEMEROL, TIGAN, TORADOL, ZOPRAN, REGLAN MOTRIN, ICP DYE, VANCOMYCIN, CLINDAMYCIN, BARIUM, IODINE COMPAZINE, TB SERUM

A DEPARTMENT OF CORRECTIONS
# logical Record of Health Care

NORTHWEST FLORIDA RECEPTION CENTER

| DATE/TIME | |
|---|---|
| 5/8/17 1400 | Inmate seen for quarterly review of the Impaired Inmate Service Plan. K. Crouse RN NWFRC |
| MAY 15 2017 0100 | NN: LAB DRAWN FOR CBC CMP Lipids ORDER DATE: 1/4/02 Dixon MA PT R/F S. Dixon NWFRC |
| 5/17/17 1157 | S: INFORMAL GRIEVANCE # 125-1705-0093 O: RECORD REVIEWED A: X5 Youth tab closure briefs are ordered and given per policy P: DENIED/ APPROVED B. Blocker RN, DON B. Blocker, RN NWFRC B. Blocker, DON NWFRC |

Inmate ... 02/19/2014
D: SEYMOUR, GARY L.
D: W/M DOB [redacted]
In: T77153

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**

Record of Health Care

Allergies: PCN, CODEINE, LATEX, DEMEROL, TIGAN, TORADOL, ZOPRAN, REGLAN, MOTRIN, VANCOMYCIN, CLINADYEIN, BARIUM, IODINE, COMPAZINE, IVP DYE, TB SERUM   Allergies

| DATE/TIME | |
|---|---|
| 6.27.18 0923 | (S) Pt seen in sick call requesting smaller diapers. Pt is incontinent of stool + reports the smalls that he has are leaking. Pt also c/o Back pain. |
| | (O) Protocol DC4.1083 5 Completed for back pain. |
| | (A) Pt requesting smaller diapers, due to leakage. |
| | (P) Will consult c̄ ADA nurse. + supply room for smaller (extra small size) diapers. |
| | (E) Educated pt on supply pick up process |
| | K. Mzili, RN NWFRC |

INCIDENTAL NOTE:

DATE: 6/24/18   TIME: 0646

INMATE REQUEST REC'D: 6/24/18   Appt made 7/3/18

ANSWERED: B. Blocker, RN

B. Blocker, RN
NWFRC

| 07/03/18 0825 | Inmate came to medical to review his medical file. S. Holland MRC |
|---|---|
| | S. Holland, MRC NWFRC |

-T77153 TM50 02/19/2014
SEYMOUR, GARY L.
W/M DOB ▊▊▊▊▊

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

PCN, CODEINE, LATEX, DEMEROL,
TIGAN, TORADOL, ZOFRAN, REGLAN,
MOTRIN, VANCOMYCIN,
CLINDAMYCIN, BARIUM IODINE,
COMPAZINE, IVP DYE, TUBERSOL

DA DEPARTMENT OF CORRECTIONS
iological Record of Health Care

0600

| | | |
|---|---|---|
| 7/17/19 JUL 17 2019 0700 | Repeat EKG now © no shock Needs Am CHO/CA CLINIC EUSP: ATP pulmonary consult BP: 127/73 p: 96 R: 18 T 97.8 WT: 107 LBS | Dr. Christine Bottkol APRN/DNP Multi-Site NP |

S: I want to know what happened to my consult
O: Dbl lel: A×0×4. In w/c heel protectors on. urostomy tube front of abdomen - 90's. Dim inched Bil. Bruss (History of COPD Bellow Disease. Sicut, sits 2 Ω Ω ml/z/b - Pacemaker on © side of chest.
A: ATP Pulmonary consult.
P: Pt is stable - Repeat PFT in 7/2020 to see if there are any changes.
E: Mit verbalized understanding of instructions.

Dr. Christine Bottkol
APRN/DNP
Multi-Site NP

J. Madden, LPN
NWFRC

| | | |
|---|---|---|
| 7-18-19 0900 | Quarterly ISP meeting completed today | Hanna LPN NWFRC |

| | |
|---|---|
| 7/19/19 0810 | nsv: Pt issued (5) 45mm urostomy bags + wafer, (1) wafer, (1) urostomy tube, (1) drainage bag (5) skin prep, (1) ok chucks, (1) ok youth x-small briefs. ∅ c/o voiced. A. Messer, LPN NWFRC |

0 – T77153 TM 46 03/13/2019
SEYMOUR, GARY L.
W/M DOB 07/28/1980 (38)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)         Incorporated by Reference in Rule 33-602.210

PEN,CODEINE,LATEX,DEMEROL,
TIGAN,TORADOL,ZOPRAN,REGLAN,
MOTRIN,VANCOMYCIN,CLINADYEIN,
BARIUM,IODINE,COMPAZINE,IVP
DYE,TB SERUM

A DEPARTMENT OF CORRECTIONS
ological Record of Health Care

| DATE/TIME | |
|---|---|
| 7/26/19 0020 | NN: Supplies issued - (1) pk youth x small diapers, (1) pk wipes, (1) 2000cc cath bag, (1) pk chucks (5) 48mm urostomy bags, (5) water, (5) skin preps<br><br>M West, LPN NWFRC |
| 7·26·19 @1210 | rqst rcvd: 7·26·19<br>rqst ans: 7·26·19   ↓sugars<br>↓sugars Ohsa<br>nurse |
| 8·01·19 1330 | m: Pm requested to sign a refusal for all AM meds. Proper procedure re: DC4-711A's explained to Pm who verbalized understanding and continued to request to sign refusal. Refusal signed for Keppra, Ensure Plus, Plavix, et Combivent. Chart referral to APRN for review.  P/AU N. Bateman LPN NWFRC |
| 8/2/19 0330 | NN) pt issued (5) 45mm urostomy bags + wafers, 2000cc drainage bag, 1 leg bag, 1 pk chuck pad, 1 pk wipes, 1 urostomy tube. No complaints verbalized at this time.<br>A Birge<br>A Birge cna |

In:
D(  0-T77153 TM 09 02/19/14
D₂  SEYMOUR, GARY L.
In  W/M DOB 07/28/1980(38)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

PCN, CODEINE, LATEX, DEMEROL,
TIGAN, TORADOL, ZOFRAN, REGLAN,
MOTRIN, VANCOMYCIN,
CLINDAMYCIN, BARIUM IODINE,
COMPAZINE, IVP DYE, TUBERSOL

**ORIDA DEPARTMENT OF CORRECTIONS**
**uronological Record of Health Care**



| DATE/TIME | |
|---|---|

8/16/19 0909 — NN) Pt issued (5) urostomy bags (1) urostomy tube, (1) pk wipes, (1) pk chucks, (1) pk of small diapers. Pt requested youth X9 diapers. Pt advised on hole care No changes on formulary. Pt refused urostomy bags "I starting I have enough back at the dorm." See DC4-711D ——
L Birge CNA NWFRC

8/23/19 0828 — NN) Pt issued (5) urostomy bags (1) urostomy tube, (1) pk wipes, (5) skin prep, (5) adhesive removers, (5) wafers, 1pk sm briefs, 1pk g chucks. no complaints verbalized
L Birge CNA
L Birge NWFRC

0 − T77153 TM 46 03/13/2019
SEYMOUR, GARY L.
W/M DOB 07/28/1980 (38)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

PCN,CODEINE,LATEX,DEMEROL,
TIGAN,TORADOL,ZOFRAN,REGLAN,
MOTRIN,VANCOMYCIN,CLINADYEIN,
BARIUM,IODINE,COMPAZINE,IVP
DYE,TB SERUM

**Allergies:**

**RIDA DEPARTMENT OF CORREC___ONS**
**onological Record of Health Care**

| DATE/TIME | |
|---|---|
| 10/28/19 0915 | Seen in sick call. See Dr. note. Pt also faintly smells chronic — yeast/bowel mo. spoke c̄ HCA Barton.  ARNP Rothak levied clnt's order. Li potay colace See Pr 7146 |
| 11/1/19 0900 | NN) pt issued (1) pk g sm briefs (1) pt foley bag, (1) urostomy tube, Pt refused (3) urostomy bags + wafers, (1) pk g chucks (1) leg bag + (1) skin prep + barrier remover. No wipes avib to ___ issue pt. See DC4-711A          Q Birgue  H. Birge  NWFRC |
| NOV 0 1 2019 @155 | S: INFORMAL GRIEVANCE # 110-1910-0335  O: RECORD REVIEWED  A: to refuse tx a dc4-711a is required  P: DENIED APPROVED       J. Barton  T. Barton  HSA  NWFRC |

Inmate Name _Seymour- Gra___
DC# _T7163___ Race/Sex _w/m_
Date of Birth _2-0-80_
Institution _125_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS
Record of Health Care

PCN, CODEINE, LATEX, DEMEROL,
TIGAN, TORADOL, ZOFRAN, REGLAN,
MOTRIN, VANCOMYCIN, CLINDAMYCIN,
**Allergies** BARIUM IODINE, COMPAZINE, IVP DYE,
TUBERSOL

NWEST FLORIDA RECEPTION CENTER

**DATE/TI**

| | |
|---|---|
| JUL 0 8 2020 | NN: SEEN IN CIC  CC, NC, OC |
| 1800 | EU: today - for infirmary stay |
| | SORI: needs smaller diapers |

D. Weakly
RN
NWFRC

V. Benjamin
C.H.O.
NWFRC

**NAM**
**DC#**   Seymour, Gary
**Date**   DC # T77153  W/M
**Inst**   DOB 7/28/1980

O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

PCN, CODEINE, LATEX, DEMEROL,
TIGAN, TORADOL,ZOFRAN, REGLAN,
MOTRIN, VANCOMYCIN,
CLINDAMYCIN, BARIUM IODINE,
COMPAZINE, IVP DYE, TUBERSOL

**RTMENT OF CORRECTIONS**
**il Record of Health Care**

Aller
DAT

| AUG 1 2 2020 | (NN) Two weeks on xray results rescheduled |
| 0800 | due to covid-19. Essential services only. |
| | K.Conner RN D.O.N |
| | K.Conner RN,D.O.N. NWFRC |

| 8/12/2020 | INCIDENTAL NOTE |
| 1045 | Date: 8/12/2020 Time: 1045 |
| | Inmate Request Rec'd: 8/12/2020 K.Conner RN,D.O.N. NWFRC |
| | Answered: K.Conner RN DON |

| 8/12/2020 | S: INFORMAL GRIEVANCE # 110-2008-0008 |
| 1600 | O: RECORD REVIEWED |
| | A: Allegations against staff / Diapers / Not corroborated |
| | P: DENIED / APPROVED   K.Conner RN DON |

0-T77153 TM 03 02/19/14
SEYMOUR, GARY L.
W/M DOB 07/28/1980(39)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

EXHIBIT : G

1) Disabled Inmate Management
and Service plan

TB110-NWFRC MAIN UNIT.
4455 Sam Mitchell Dr.   Chipley, FL 32428
8507736100  Fax: 8507736273



**04/28/2022 - FL Nurse Visits**
**Provider: Mary Jo Leisz RN**
**Location of Care: 110-NWFRC MAIN UNIT.**
**This document contains external references**

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Florida Department of Corrections

## Disabled Inmate Management and Service Plan
**Present:**
**EOS Date:**
10/18/2028
*(If this date is within the next 180 days, refer to HSA or designee to initiate aftercare planning.)*
**Form of Communication:** Verbal **Interpreter Used:** No
**Brief history of disability:** PARAPLEGIC
**Current Diagnoses:** G-TUBE, SEIZURES, ESOPAGEAL STRICTURE, DYSLIPDEMIA, EMPHYSEMA, EPILEPSY, HTN, COPD, CAD, DYSPHAGIA
**Current Passes:** NO OUTSIDE WORK, CHUCKS, DIAPERS, WIPES 1 PK QWK, LBLT, WC, ROHO, HEEL BOOTS, PUREE DIET
**Medical Grades-**
**M** 2    **S** 1    **W** 3    **T** 3    **P** 3    **H** 1    **E** 1
**Housing:** D1 127L
**Work Assignment:** HOUSEMAN          **Is the work assignment appropriate?** Yes
**Does this inmate have an assigned Inmate Assistant:** No
**Comments:** WILL ASSIGN ONE WHEN THERE ARE SOME TO ASSIGN TO INMATE
**Assistive Device(s):** Yes **If yes, what kind(s):** WC
**Is the assistive device in proper working condition?** Yes
**If defective, please explain:** n/a
**Alternative device issued:** n/a

*DC4-711N, Impaired Inmate Request and Agreement to Display Confidential Information about Impairments and/or Disabilities:*
N/A

**ADA Requests from inmate:** needs are met
**Comments:** passess issued
**Referral(s) Needed:** No
DC4-691 Disabled Inmate Management and Service Plan (Revised 02/23/18)
This form is not to be amended, revised, or altered without         approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

US POSTAGE ᴾᴵᵀⁿᴱʸ ᴮᴼᵂᴱˢ

ZIP 32054 $ 004.08⁰
02 4W
0000369996 SEP 13 2022

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

Gary Seymour Doc #177153
inc-main unit
P.O. Box 628
Lake Butler, Fl. 32054

U.S. District Court

Clerk of Court

1 N Palafox St.

Pensacola, Fl. 32502

RECEIVED SEP 16 2022

LEGAL MAIL

RECEPTION AND MEDICAL CENTER
DATE: 9/13/22
INMATE INITIALS: L.L.S.