UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

    Plaintiff,

v.                                                            Case No. 5:20-cv-214-TKW-MJF

RICKY D. DIXON,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR HIPAA-QUALIFIED PROTECTIVE ORDER

This court has considered, without hearing, Plaintiff's Motion for HIPAA-Qualified Protective Order, Doc. 75, and Defendant's response, Doc. 78. The motion will be granted in part and denied in part.

Plaintiff recognizes that the "party seeking a protective order has the burden to demonstrate good cause and must make 'a particular and specific demonstration of fact as distinguished from stereotyped and conclusory statements' supporting the need for a protecting order." Doc. 75 at 3 (quoting *United States v. Garrett*, 571 F.2d 1323, 1326 n.3 (5th Cir. 1978)). Here, however, as to paragraph 4(b) regarding records other than those relating to Plaintiff, and as to paragraphs 4(c) and 4(e), Plaintiff has not met his burden of demonstrating good cause and has not offered particular, specific facts detailing the need for a protective order. Rather, this court determines that those requests are overly broad.

Accordingly, Plaintiff's motion, Doc. 75, is **GRANTED IN PART** as it relates to Plaintiff's requests for Defendant's records pertaining to the treatment of and supplies for Plaintiff's bowel incontinence. Plaintiff's motion, Doc. 75, is **DENIED IN PART** as it relates to Plaintiff's requests for Defendant's records relating to medical treatment of and supplies for other prisoners.

**SO ORDERED** this 20th day of December, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**