UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

    Plaintiff,

v.                                  Case No. 5:20-cv-214-TKW-MJF

RICKY D. DIXON,

    Defendant.
_____/

## ORDER

This case is before the court upon Plaintiff's "Time Sensitive Motion for Order to Show Cause." Doc. 82. Before the court addresses Plaintiff's motion, Defendant will be required to file a response.

Accordingly, it is **ORDERED** that **on or before DECEMBER 30, 2022**, if Defendant opposes Plaintiff's motion, Defendant shall file a response to the above motion. Defendant's response shall outline a process by which Plaintiff's counsel may inspect and/or copy the 1,825 pages of documents Defendant previously allowed Plaintiff to inspect when he was proceeding *pro se*.[1]

**SO ORDERED** this 28th day of December, 2022.

                                        /s/ *Michael J. Frank*
                                        **Michael J. Frank**
                                        **United States Magistrate Judge**

---

[1] Although the documents Plaintiff previously inspected were redacted, *see* Doc. 77-1, the court would expect such documents to be produced to Plaintiff's counsel in unredacted form given the court's recent entry of a HIPAA-Qualified Protective Order. *See* Doc. 81.