UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY LEE SEYMOUR,**

    **Plaintiff,**

vs.                                                                                      Case No. 5:20-cv-214-TKW-MJF

**RICKY D. DIXON,**

    **Defendant.**
_____/

## DEFENDANT'S MOTION TO CONTINUE SETTLEMENT CONFERENCE AND OTHER PRETRIAL DEADLINES

COMES NOW Defendant, RICKY D. DIXON, through undersigned counsel, and does hereby move to continue the 'settlement conference' scheduled for Feb. 16, 2023 at 9:30 AM, CST. [Doc. 67]. Defendant additionally moves to continue the other pretrial filing deadline for the filing of pretrial statements, exhibit lists, and witness lists . [Doc. 74]. Defendant alleges the following:

1. This Court has scheduled a 'settlement conference' herein for Feb. 10, 2023, at 9:30 a.m. (CST)., with a related deadline attendant thereto ('confidential settlement statement' to be submitted by Feb. 6th). [Doc. 67]

2. The Court has also extended the deadline for both parties to file their pretrial statements, exhibit and witness lists until Feb. 10, 2023. [Doc. 74]

2. Undersigned counsel for Defendant has resigned his position with the Attorney General's office , effective Feb. 10, 2023, with his last day of employment as an Assistant Attorney General being Feb. 9th.

3. Undersigned counsel accordingly will be unable to conduct the settlement conference on behalf of Defendant, and adequately prepare the pretrial statement, etc., also required.

1

4. Accordingly, Defendant requests that the settlement conference herein, and attendant deadline, as well as the deadline for filing the pretrial statement, etc., be continued and rescheduled for a date at least thirty (30) days from the current scheduled date, so that a new attorney can be assigned to represent Defendant, and to afford him or her the ability to familiarize himself/ herself with the file so as to conduct a meaningful settlement conference, and prepare the required pretrial statement,

5. Furthermore, Defendant has not yet furnished Plaintiff's counsel with the discovery items subject to the Court's discovery Order [Doc. 79], but anticipates doing so shortly.

6. Counsel for Plaintiff have been contacted regarding the filing of this motion, and stated that they have no objection to the granting of same, and likewise request that all pretrial deadlines referenced herein be continued for thirty (30) days.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ Joe Belitzky
JOE BELITZKY
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Joe.belitzky@myfloridalegal.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed via CM/ECF on Feb. 2, 2023.

/s/ Joe Belitzky
JOE BELITZKY