UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

    Plaintiff,

v.                                         Case No. 5:20-cv-214-TKW/MJF

RICKY D. DIXON,

    Defendant.
_____/

## ORDER

    This case is before the court upon Defendant's motion to continue. Doc. 88. Defendant seeks to reschedule the settlement conference, and to extend the deadlines for the parties to file their settlement statements and pretrial materials, due to counsel's resignation from the Florida Attorney General's Office. Defendant certifies that Plaintiff's counsel does not oppose the motion. *See* Doc. 88, ¶ 6.

    Upon consideration of the foregoing, is it **ORDERED** that:

    1.    Defendant's motion to continue, Doc. 88, is **GRANTED**.

    2.    The deadline for the parties to file their pretrial statements, exhibit and witness lists is **EXTENDED** for both parties, to a unified deadline of **MARCH 10, 2023**.

3. The undersigned will reschedule the settlement conference by separate order.

**SO ORDERED** this 2nd day of February, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**