IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY LEE SEYMOUR**
**DOC # T77153**,

    Plaintiff,

v.                                        Case No. 5:20-cv-214-TKW-MJF

**MARK S. INCH, SECRETARY**
**OF THE FLORIDA DEPARTMENT**
**OF CORRECTIONS**,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned counsel enters his appearance as counsel of record for **Ricky Dixon, Secretary for the Florida Department of Corrections**. Please send all future pleadings and correspondence in this case to the undersigned counsel's attention.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* was e-filed electronically and served electronically on Plaintiff's counsel of record through CM/ECF on February 16, 2023.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829