UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

    Plaintiff,

v.

RICKY D. DIXON,

    Defendant.

Case No. 5:20-cv-214-TKW/MJF

## PLAINTIFF'S STATEMENT OF FACTS

Per the Court's Order on pretrial documents (Docs. 65, 74, 89), Plaintiff, through his counsel, provides the following statement of facts:

1. Plaintiff Gary Lee Seymour is a state prisoner currently located at Reception and Medical Center (RMC).

2. Plaintiff is suing Ricky Dixon, in his official capacity as Secretary of the Florida Department of Corrections for alleged violations of Title II of the Americans with Disabilities Act of 1990 and Section 504 of the Rehabilitation Act of 1973.

3. Plaintiff is paraplegic and has no feeling from the waist down; he uses a wheelchair as a mobility device.

4. Plaintiff suffers from bowel incontinence and requires diapers.

5. Prior to his incarceration, Plaintiff required the use of pediatric-sized diapers to fit his small frame. As of March 9, 2023, Plaintiff—who is 5'10"—was weighed by FDC at 116 lbs.—which is an "underweight" Body Mass Index.

6. When Plaintiff entered the Florida Department of Corrections (FDC), he was provided with pediatric or youth diapers for several years at several different institutions.

7. When Plaintiff has been provided with adult diapers, they have leaked feces through the waist and leg openings because they are too large for Plaintiff's small frame.

8. In January 2020, while at confined at Northwest Florida Reception Center (NWFRC), medical staff issued a pass to Plaintiff for pediatric diapers, but he was not provided any pediatric-sized diapers.

9. In April 2020, at Century Correctional Institution, a clinician ordered Plaintiff small adult or large pediatric diapers, and he received pediatric diapers at that time.

10. In June 2020, Plaintiff was returned to NWFRC with a box of pampers pediatric-sized diapers, which were discarded.

11. Thereafter, in June 2020, Plaintiff submitted a sick-call request stating that the adult-sized diapers he was being provided after his Pampers were confiscated were too large and leaked feces.

12. In July 2020, NWFRC Chief Health Officer Dr. Benjamin noted that Plaintiff "needs smaller diapers." Plaintiff continued to complain that the adult-sized diapers were too large and leaked feces, but he did not receive pediatric-sized diapers.

13. Plaintiff continued to receive adult-sized diapers in 2020 and 2021.

14. In August 2021 while confined at RMC, Plaintiff grieved the lack of "XXSM or youth diapers." The grievance was returned stating that he was only "allowed to get" adult-sized small diapers.

15. In November 2021, Plaintiff was transferred back to NWFRC. There he asked again for pediatric-sized diapers and was told that they were not on formulary.

16. In February 2022, Dr. Benjamin assessed Plaintiff and determined that he would benefit from "extra small" diapers to prevent fecal leakage.

17. Plaintiff was not provided with extra small diapers and filed a grievance. The medical department responded to the grievance noting that Plaintiff's "supplies were ordered."

18. Plaintiff did not receive extra small diapers at NWFRC during this time.

19. In June 2022, Plaintiff filed another grievance regarding FDC's refusal to provide the appropriate diapers as requested by their own clinicians. He also complained of continued fecal leakage.

20. Plaintiff was seen by medical staff in June 2022, and was told that pediatric diapers were not appropriate for him.

21. In August 2022, RMC clinician Dr. Esdra Jean Baptiste issued Plaintiff a one-year pass through August 2023 for "1 pack pediatric sized diapers per week."

22. Plaintiff has not received pediatric-sized diapers pursuant to this pass despite a clinician determining it was the most appropriate size for him.

23. Plaintiff has been ordered to leave the chapel, chow hall, and law library due to fecal leakage and smell caused by ill-fitting diapers, which do not properly contain his feces.

24. Plaintiff has been threatened with confinement due to fecal leakage and smell.

Dated: March 10, 2023.

                Respectfully submitted,
                LAW OFFICE OF JAMES COOK

                By: */s/ James V. Cook*
                      James V. Cook (FBN 0966843)
                      314 W. Jefferson Street
                      Tallahassee, Florida 32301
                      Tel. (850) 222-8080

Fax (850) 561-0836
cookjv@gmail.com

-and-

SLATER LEGAL PLLC

By: */s/ James M. Slater*
    James M. Slater (FBN 111779)
    113 S. Monroe Street
    Tallahassee, Florida 32301
    james@slater.legal
    Tel.: (305) 523-9023

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on March 10, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
    James M. Slater

5