UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

      Plaintiff,

v.                                                            Case No. 5:20-cv-214-TKW/MJF

RICKY D. DIXON,

      Defendant.

## <u>PLAINTIFF'S EXHIBIT LIST</u>

Per the Court's Order on pretrial documents (Docs. 65, 74), Plaintiff, through his counsel, identifies the following exhibits for use at trial:

1. Grievances and appeals submitted by Plaintiff.

2. Plaintiff's medical records.

3. Records from Centurion of Florida, LLC.

4. Plaintiff's classification file.

5. Any of Plaintiff's filings, including affidavits, docketed in this case.

6. The November 8, 2021 settlement agreement entered into between Disability Rights Florida, Inc. and the Florida Department of Corrections (FDC).

7. FDC manuals, policies, guidelines, procedures, and bulletins concerning disability accommodations for paralyzed and/or incontinent inmates.

8.     Samples of the type and size of diapers provided to Plaintiff at

Northwest Florida Reception Center and Reception and Medical Center.

9.     All documents necessary for rebuttal or impeachment.

10.    Any exhibit listed by Defendant for which no objection is made.

Dated: March 10, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

By: */s/ James M. Slater*
   James M. Slater (FBN 111779)
   113 S. Monroe Street
   Tallahassee, Florida 32301
   james@slater.legal
   Tel.: (305) 523-9023

    -and-

LAW OFFICE OF JAMES COOK

By: */s/ James V. Cook*
   James V. Cook (FBN 0966843)
   314 W. Jefferson Street
   Tallahassee, Florida 32301
   Tel. (850) 222-8080
   Fax (850) 561-0836
   cookjv@gmail.com

   *Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on March 10, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
       James M. Slater