UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

    Plaintiff,

v.

RICKY D. DIXON,

    Defendant.

Case No. 5:20-cv-214-TKW/MJF

## PLAINTIFF'S WITNESS LIST

Per the Court's Order on pretrial documents (Docs. 65, 74, 89), Plaintiff, through his counsel, identifies the following witnesses for trial:

1. Adams, Ronald, #782509
   4455 Sam Mitchell Drive
   Chipley, Florida 32428-3501

   *Can testify concerning Plaintiff's complaints of fecal leakage and smell, Plaintiff's inability to access services, and FDC responses to Plaintiff's complaints.*

2. Aron, William, #S12757
   110 Melaleuca Drive
   Crawfordville, Florida 32327-4963

   *Can testify concerning Plaintiff's complaints of fecal leakage and smell, Plaintiff's inability to access services, and FDC responses to Plaintiff's complaints.*

3.     Benjamin, Vaunrance, M.D.
   3939 Hollywood Boulevard
   Hollywood, Florida 33021

   *Can testify concerning Plaintiff's medical treatment and care, medical passes, and Plaintiff's complaints.*

4.     Caswell, Kellie, R.N., B.S.N.
   c/o Erik Kverne
   Office of the Florida Attorney General

   *Can testify concerning medical records and Plaintiff's treatment and care.*

5.     Easley, Robert, #L11027
   1599 S.W. 187th Ave.
   Miami, Florida 33194

   *Can testify concerning Plaintiff's complaints of fecal leakage and smell, Plaintiff's inability to access services, and FDC responses to Plaintiff's complaints.*

6.     Edwards, Timothy, #P59971
   4455 Sam Mitchell Drive
   Chipley, Florida 32428-3501

   *Can testify concerning Plaintiff's complaints of fecal leakage and smell, Plaintiff's inability to access services, and FDC responses to Plaintiff's complaints.*

7.     Jean Baptiste, Esdra, M.D.
   c/o Jacob Hanson
   Bradley Arant Boult Cummings LLP
   100 N. Tampa Street, Suite 2200
   Tampa, FL 33602

   *Can testify concerning Plaintiff's medical treatment and care, medical passes, and Plaintiff's complaints.*

8.     Oliver, Warren, #781409
   14000 NW 41st Street
   Doral, Florida 33178-3003

   *Can testify concerning Plaintiff's complaints of fecal leakage, staff removal of pediatric-sized diapers, and Plaintiff's inability to access services.*

9.     Place, John, #N61095
   5914 Jeff Ates Road
   Milton, Florida 32583-0000

   *Can testify concerning Plaintiff's complaints of fecal leakage and smell, Plaintiff's inability to access services, and FDC responses to Plaintiff's complaints.*

10.    Raymond, Anthony, #S12402

    *Can testify concerning Plaintiff's complaints of fecal leakage and smell, Plaintiff's inability to access services, and FDC responses to Plaintiff's complaints.*

11.    Custodian of inmate medical records; the custodian will provide foundation for entry of evidence into the record.

12.    Corporate representative and/or records custodian of Centurion of Florida, LLC.

13.    Custodian of inmate classification file; the custodian will provide foundation for entry of evidence into the record.

14.    A court-appointed expert under Rule 706; the neutral expert would opine on issues concerning Plaintiff's appropriate diaper size and fit.

15.    Any records custodian necessary to introduce records.

3

16. Any witness necessary for rebuttal or impeachment.

17. Any witness listed by Defendant for which there is no objection.

Dated: March 10, 2023.

                               Respectfully submitted,

                               SLATER LEGAL PLLC

By: */s/ James M. Slater*
      James M. Slater (FBN 111779)
      113 S. Monroe Street
      Tallahassee, Florida 32301
      james@slater.legal
      Tel.: (305) 523-9023

                                      -and-

LAW OFFICE OF JAMES COOK

By: */s/ James V. Cook*
      James V. Cook (FBN 0966843)
      314 W. Jefferson Street
      Tallahassee, Florida 32301
      Tel. (850) 222-8080
      Fax (850) 561-0836
      cookjv@gmail.com

*Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on March 10, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

                                     By: */s/ James M. Slater*
                                           James M. Slater