## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**GARY LEE SEYMOUR**
**DOC # T77153**,

      Plaintiff,

v.                            Case No. 5:20-cv-214-TKW-MJF

**RICKY DIXON, SECRETARY**
**OF THE FLORIDA DEPARTMENT**
**OF CORRECTIONS**,

      Defendant.

_____/

### DEFENDANT'S PRE-TRIAL NARRATIVE[1]

In accordance with this Court's Orders, *see* (Docs. 65, 89)[2], **Ricky Dixon, Secretary of the Florida Department of Corrections** ("Defendant") hereby submits his Pre-Trial Narrative. The Narrative is as follows:

During the course of Plaintiff's incarceration, starting in 2014, Plaintiff has been determined to have and treated in line with having a disability. Plaintiff's relevant disability with regards to this case is his inability to walk and go to the

---

[1] Simultaneous to the filing of this Pre-Trial Narrative, Defendant will be asking for additional time to file his Witness and Exhibit Lists as additional time is required to prepare the documents.

[2] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

1

bathroom on his own. Plaintiff is paraplegic and cannot walk. To best accommodate Plaintiff's condition, Defendant has provided Plaintiff with diapers to best control the body waste which Plaintiff naturally produces.

During Plaintiff's incarceration, Defendant has provided Plaintiff with a range of different diapers. The diapers Plaintiff has been provided with range from extra-small youth-size diapers to more recently, adult small diapers. Due to Plaintiff's various medical conditions, different size diapers have been provided at different times.

On one occasion in August 2022, pediatric-sized diapers were ordered for Plaintiff. However, Plaintiff has not been provided with pediatric-sized diapers. The pass which Plaintiff was provided with in August was cancelled within a couple of days of the issuance of the pass, and Plaintiff was not ever given pediatric diapers based on the pass. Plaintiff was given a new pass in September for extra-small youth diapers which was later further changed in December 2022 based on the issuance of a new pass. The December 2022 pass remains in effect to this day and will expire in December 2023.

At this date and time, Plaintiff has been issued and wears adult small sized diapers. The reason for Plaintiff's current diaper size is due to Plaintiff having put on weight and the new diaper size being appropriate for Plaintiff.

The evidence expected to be introduced at trial involve Plaintiff's medical history, a summary of Plaintiff's medical history, testimony from medical professionals (doctors and nurses) who have treated Plaintiff, and a medical professional who will describe a summary of Plaintiff's medical history. Plaintiff's medical history and the medical professionals will confirm Plaintiff's disability and will describe the accommodations, in the form of different sized diapers, that Plaintiff has been provided. The medical professionals will testify that Plaintiff's receipt of different sized diapers is based on Plaintiff's various levels of weight and size throughout his incarceration.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendant's Pre-Trial Narrative* was e-filed electronically and served electronically on Plaintiff's counsel of record through CM/ECF on March 10, 2023.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829