IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY LEE SEYMOUR**
**DOC # T77153**,

    Plaintiff,

v.                                                Case No. 5:20-cv-214-TKW-MJF

**RICKY DIXON, SECRETARY**
**OF THE FLORIDA DEPARTMENT**
**OF CORRECTIONS**,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE EXHIBIT AND WITNESS LISTS

    **Ricky Dixon, Secretary of the Florida Department of Corrections** ("Defendant"), through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., moves this Court for an extension of time, up to and including March 24, 2023, to file his Exhibit and Witness Lists pursuant to this Court's Orders (Docs. 65, 89), and in support state the following:

1.     On November 10, 2022, this Court issued an Order requiring that Plaintiff submit his Pre-Trial Narrative, Exhibit List, and Witness List by December 12, 2023. (Doc. 65 at 1-2). The Order further indicated that Defendant would

      be required to file its documents within thirty days of Plaintiff's submission. (Docs. 65 at 3).

2. On February 2, 2023, this Court issued an Order extending the deadlines until March 10, 2023, and requiring both parties to file their documents on the same date. (Doc. 89).

3. Since the issuance of this Court's Order, undersigned counsel appeared on behalf of Defendant. (Doc. 91).

4. After appearing on the case, Defendant began working towards compliance of this Court's Order, but has not been able to fully finish determining what exhibits and witnesses it would present at trial.

5. Defendant has filed its Pre-Trial Narrative describing what his position is on the issue pursued by Plaintiff, *see* (Doc. 95), but requires additional time to determine what exhibits and witnesses may be important to present.

6. Defendant intends to present exhibits from Plaintiff's medical records, which is voluminous. Defendant is working towards identifying the important exhibits, but additional time is required.

7. Further, Defendant intends to call as witnesses, medical professionals who have treated Plaintiff, but has not yet fully identified who the individuals are. Defendant requires additional time to identify the individuals.

8. Based on the described issues not being completed, on March 10, 2023, Defendant approached Plaintiff's counsel about a potential extension. Plaintiff's counsel responded, "[t]o the extent you want to rely on things not in the record, we would oppose the extension. To the extent you will rely on witnesses and exhibits in the record, then we would have no issue with the extension."

9. At this time, it is unclear whether additional evidence will be intended to be presented that is "not in the record," and as such, Defendant treats this Motion as objected to.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1). Based on the issues described above, Defendant would request additional time to work towards identifying exhibits and witnesses he intends to present and provide the lists of such evidence to Plaintiff. The exhibits and witnesses would be key to defending this case, and without them, defendant would not be able to adequately defend himself. The additional time will not

prejudice Plaintiff, who has already filed his exhibit and witness lists and wishes to call any exhibit or witness which Defendant presents. *See* (Docs. 93 at 2, 94 at 4). If the extension were not granted, Defendant would likely file something as a placeholder on the docket so that its rights at trial were protected, and then would proceed to amend.

      **WHEREFORE**, Defendant respectfully requests that this Court enter an Order providing Defendant with until March 24, 2023, to file his Exhibit and Witness Lists.

      Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Motion for Extension of Time to File Exhibit and Witness Lists* was e-filed and served electronically on counsel of record through CM/ECF on March 10, 2023.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated that he objects to this Motion.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
