UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

    Plaintiff,

v.   Case No. 5:20-cv-214-TKW/MJF

RICKY D. DIXON,

    Defendant.
_____/

## ORDER

This case is before the court upon Defendant's motion for extension of time to file his exhibit and witness lists. Doc. 96. The parties' exhibit and witness lists were due on March 10, 2023. Doc. 89. Plaintiff complied with that deadline. Docs. 92-94. Defendant timely filed his pretrial narrative statement, Doc. 95, but seeks an extension until March 24, 2023, to file his exhibit and witness lists.

Upon consideration of the foregoing, is it **ORDERED** that:

1. A ruling on Defendant's motion for extension of time, Doc. 96, is **DEFERRED**.

2. On or before **MARCH 24, 2023**, Defendant shall file his proposed exhibit and witness lists. Within **TEN (10) DAYS** thereafter, Plaintiff shall file a response to Defendant's motion for extension of time. Plaintiff's

response shall state whether Defendant's request for an extension is opposed. If opposed, Plaintiff shall state the particular basis why the extension should not be granted and identify what prejudice he will suffer.

**SO ORDERED** this <u>15th</u> day of March, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**