# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**GARY LEE SEYMOUR**
**DOC # T77153**,

    Plaintiff,

v.                                            Case No. 5:20-cv-214-TKW-MJF

**RICKY DIXON, SECRETARY**
**OF THE FLORIDA DEPARTMENT**
**OF CORRECTIONS**,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**Ricky Dixon, Secretary of the Florida Department of Corrections** ("Defendant"), provide notice, through undersigned counsel, that Settlement has been reached in this case, and the documentation is currently being worked on. Defendants and Plaintiff require thirty (30) days in which to complete the required settlement documentation. Once the documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendants will file a Joint Motion for Voluntary Dismissal of Plaintiff's claims against Defendants.

1

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Settlement* was e-filed electronically and served through CM/ECF on Plaintiff's counsel of record on March 17, 2023.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com