UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

    Plaintiff,

v.                                    Case No.  5:20-cv-214-TKW/MJF

RICKY DIXON,

    Defendant.
_____/

## SETTLEMENT CONFERENCE REPORT

On March 17, 2023, the undersigned conducted a telephonic settlement conference in this matter pursuant to 28 U.S.C. § 636(b). Doc. 64. The conference resulted in **SETTLEMENT** of this civil action.

                                           /s/ *Michael J. Frank*
                                           **Michael J. Frank**
                                           **United States Magistrate Judge**