UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY LEE SEYMOUR**,

    **Plaintiff**,

v.                              Case No. 5:20-cv-214-TKW-MJF

**RICKY D. DIXON**,

    **Defendant**.

_____/

## ORDER

Based on Defendant's notice of settlement (Doc. 99) and the magistrate judge's settlement conference report (Doc. 100), it is **ORDERED** that the parties shall file a status report 30 days from the date of this Order (and every 30 days thereafter) if a stipulation of dismissal has not been filed by then.

**DONE and ORDERED** this 21st day of March, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**