UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LEE SEYMOUR,

    Plaintiff,

v.

RICKY D. DIXON,

    Defendant.

Case No. 5:20-cv-214-TKW/MJF

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Gary Lee Seymour and Defendant Ricky D. Dixon, Secretary of the Florida Department of Corrections, hereby jointly stipulate to dismissal of this proceeding with prejudice with each party to bear its own attorney's fees and costs.

Respectfully submitted this 10th day of April 2023.

| | |
|---|---|
| */s/ Erik Kverne\** | */s/ James V. Cook* |
| Erik Kverne (FBN 99829) | James V. Cook (FBN 966843) |
| Office of the Attorney General | Law Office of James Cook |
| The Capitol, PL-01 | 314 West Jefferson Street |
| Tallahassee, FL 32399-1050 | Tallahassee, FL 32301 |
| Tel. (850) 414-3300 | Tel. (850) 222-8080 |
| erik.kverne@myfloridalegal.com | cookjv@gmail.com |

*Attorneys for Defendant*          -and-

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
Tel: (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*


\*Signed by James Slater with Erik Kverne's permission.