UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY LEE SEYMOUR**,

    **Plaintiff**,

v.                                   Case No. 5:20-cv-214-TKW-MJF

**RICKY D. DIXON**,

    **Defendant**.

_____/

### ORDER OF DISMISSAL

Based on the parties' joint stipulation of dismissal with prejudice (Doc. 102), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 11th day of April, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**